BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697

Attorneys for Plaintiff EVOX Productions,
LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a California limited liability company, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:** |
| vs. | **1. COPYRIGHT INFRINGEMENT** |
| CALIFORNIA RENT-A-CAR, INC., a California corporation, and STEVE VAHIDI, an individual, | **2. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT** |
| Defendants. | **DEMAND FOR JURY TRIAL** |

566220.4

Plaintiff EVOX Productions, LLC ("EVOX"), by its attorneys, Browne George Ross LLP, alleges, with personal knowledge as to its own actions, and upon information and belief as to those of others, as follows:

## INTRODUCTION

1.      EVOX has been in business for twenty years, licensing high-quality photo, video and interactive automotive vehicle imagery.  It has created a library with over one million unique images and videos and is widely recognized as the best quality and most comprehensive of its kind in the United States.  Its library includes pictures of over 9,000 makes and models of cars that have been sold in the United States from 2000 to the present.  In order to protect its investment and valuable intellectual property, EVOX owns registered copyrights in the images in its library. A copyright registration may include multiple still images for a car, including exterior spins and interior panoramas.

2.      EVOX's images display information that identify EVOX as the copyright owner, including the phrase "© EVOX IMAGES."  EVOX IMAGES is a registered trademark of EVOX (registration number 3,649,661).

3.      California Rent-A-Car, Inc. ("California RAC") is a rental car company with multiple locations in Los Angeles.  Its CEO is Steve Vahidi.  California RAC has registered and uses a website (www.californiarac.com) from which customers of California RAC can make, modify and cancel reservations for cars.

4.      In the past three years, California RAC's website has displayed at least 155 images copyrighted to EVOX, without EVOX's authorization.

5.      When displaying EVOX's digital images on its website, California RAC removed the information identifying EVOX as the copyright owner or distributed the copyrighted images with the knowledge that the copyright information had been removed or altered without EVOX's permission.

6.      Even after EVOX notified California RAC's CEO of his company's

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  infringing conduct, California RAC continued to use the images copyrighted to
2  EVOX.

<b><u>PARTIES</u></b>

7.     EVOX is a Delaware limited liability company with its principal place of business at 2363 E. Pacifica Place, Rancho Dominguez, California.

8.     California RAC is a California corporation with offices in West Los Angeles and West Hollywood.  It has registered, and is otherwise responsible for, the website www.californiarac.com.

9.     Steve Vahidi lives in California and regularly conducts business in Los Angeles.  Mr. Vahidi is—and, at all relevant times, has been—the chief executive officer of California RAC.

<b><u>JURISDICTION AND VENUE</u></b>

10.     This Court has subject matter jurisdiction over the infringement of United States copyrights pursuant to 17 U.S.C. § 501 *et seq*. and 28 U.S.C. §§ 1331 and 1338(a).

11.     This Court has subject matter jurisdiction over violations of the Digital Millennium Copyright Act ("DMCA") pursuant to  17 U.S.C. § 1202 *et seq*. and 28 U.S.C. §§ 1331 and 1338(a).

12.     This Court has personal jurisdiction over defendant California RAC because:  (1) California RAC is a California corporation with its principal place of business in California that regularly conducts business in California, and (2) California RAC's copyright infringement and violations of the DMCA have occurred in this District and were intended to cause harm to EVOX in this District.

13.     This Court has personal jurisdiction over defendant Steve Vahidi because Mr. Vahidi resides, and regularly conducts business, in Los Angeles, California.

14.     Under 28 U.S.C. § 1391, venue is proper in this district because California RAC has its principal place of business in this district and regularly

-2-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

conducts business here.  Venue is also proper because a substantial part of the events or omissions giving rise to EVOX's claims for infringement and violations of the DMCA occurred in this district.

## ALLEGATIONS COMMON TO ALL CLAIMS

15.    Since 2000, EVOX has created and licensed high-quality digital photographs and other images of car makes and models in the United States.

16.    EVOX owns the copyrights to more than one million photographs and other images of cars, including the sixty-three copyrights whose registration numbers with the United States Copyright Office are listed on Exhibit A ("Copyrighted Images").

17.    EVOX recently discovered that California RAC has been displaying the Copyrighted Images on California RAC's website (www.californiarac.com).  EVOX never authorized California RAC's use of the Copyrighted Images.

18.    The Copyrighted Images appear in 155 images on California RAC's website.  The filenames used by California RAC for those 155 images are listed in Exhibit B.

19.    California RAC intentionally—and without the authority of EVOX— removed information identifying EVOX as the copyright owner of the 155 images on California RAC's website.  California RAC also distributed the Copyrighted Images with the knowledge that the copyright management information had been removed or altered without EVOX's permission.

20.    As the CEO of California RAC (which is a small company with only four managers/employees listed on its website) during the relevant time period, Mr. Vahidi has controlled California RAC, made important decisions regarding its business and has a financial stake in its performance.

21.    On August 28, 2015, EVOX wrote a letter to Mr. Vahidi in which it explained that California RAC has been infringing EVOX's copyrights by using the 155 images.  Nonetheless, California RAC did not remove the Copyrighted Images

-3-

1  from its website and refused to pay an appropriate license fee for continued use.

2  **COUNT ONE**

3  **(Copyright Infringement, 17 U.S.C. § 501 *et seq.*)**

4  22.  EVOX re-alleges the allegations contained in the preceding paragraphs.

5  23.  Each of the Copyrighted Images is an original pictorial work and

6  constitutes copyrightable subject matter under 17 U.S.C. §§ 101 and 102.

7  24.  EVOX did not authorize California RAC or Steve Vahidi to copy,

8  display, distribute or transmit the Copyrighted Images.

9  25.  Defendants have infringed EVOX's copyrights in at least 155 images

10  through the copying, public display, distribution or transmission of the Copyrighted

11  Images.

12  26.  Steve Vahidi, the CEO of California RAC, has been the conscious force

13  behind California RAC's infringement.

14  27.  Defendants' infringement has been willful.  They were aware that they

15  were using the Copyrighted Images without authorization from EVOX or recklessly

16  disregarded EVOX's rights in the Copyrighted Images.  Defendants' willful intent is

17  evidenced by (among other examples) the sheer number of infringing images on

18  their site, their removal of EVOX's identifying information from the pictures and

19  their continued infringement after receiving express notice of EVOX's claim.

20  28.  EVOX has been damaged by defendants' willful infringement in a sum

21  to be determined.

22  29.  Defendants will continue their infringing activities unless enjoined.

23  EVOX's remedy at law is inadequate to compensate it for the harm inflicted by

24  defendants.

25  **COUNT TWO**

26  **(Violation of the Digital Millennium Copyright Act)**

27  30.  EVOX re-alleges the allegations contained in the preceding paragraphs.

28  31.  EVOX embedded copyright management information in its

-4-

1  Copyrighted Images, including logos or registered trademarks that identified EVOX

2  as the copyright owner.

3       32.    In violation of 17 U.S.C. § 1202(b), California RAC and Steve Vahidi

4  have knowingly—and with the intent to induce, enable, facilitate, or conceal

5  infringement—removed or altered identifying information about the copyright

6  owner of the Copyrighted Images on California RAC's website.  Defendants have

7  also distributed the Copyrighted Images via California RAC's website while

8  knowing that information about EVOX as the copyright owner has been removed or

9  altered without authority of EVOX.

10      33.    EVOX has been damaged by defendants' actions in a sum to be

11 determined.

## **PRAYER FOR RELIEF**

13      WHEREAS, EVOX prays for the following relief against the defendants:

14      1.    On Count I:

15            a.    For maximum statutory damages in the amount of $150,000 with

16 respect to each copyrighted work infringed, or such other amounts as may be proper

17 pursuant to 17 U.S.C. § 504(c).  Alternatively, EVOX, at its election, is entitled to

18 damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate

19 infringement.

20            b.    For preliminary and permanent injunctions enjoining California

21 RAC, and all persons acting in concert or participation with it, from directly or

22 indirectly infringing in any manner any of EVOX's copyrights and exclusive rights

23 under copyrights whose registrations are listed in Exhibit A.

24            c.    For pre- and post-judgment interest.

25            d.    For EVOX's costs in this action, including reasonable attorney's

26 fees, pursuant to 17 U.S.C. § 505.

27      2.    On Count II:

28            a.    For maximum statutory damages in the amount of $25,000 per

-5-

1   violation under 17 U.S.C. § 1202.

2              b.     For pre- and post-judgment interest.

3              c.     For EVOX's costs in this action, including reasonable attorney's

4   fees, pursuant to 17 U.S.C. § 1203(b).

5          3.     For all counts, that the Court award EVOX such other and further relief

6   as is just and proper.

7                              **JURY DEMAND**

8          EVOX demands a trial by jury on all issues so triable.

9

10

11  DATED:  October 14, 2015          BROWNE GEORGE ROSS LLP
                                      Keith J. Wesley
12                                    Jonathan L. Gottfried

13

14                                    By _____

15                                          Jonathan L. Gottfried
                                      Attorneys for EVOX Productions, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

# EXHIBIT A

| EVOX Copyright Registration Number | EVOX Copyright Registration Number | EVOX Copyright Registration Number |
|---|---|---|
| VA0001690913 | VA0001773028 | VA0001880406 |
| VA0001697493 | VA0001786636 | VA0001880617 |
| VA0001709078 | VA0001792592 | VA0001880891 |
| VA0001733201 | VA0001794056 | VA0001880905 |
| VA0001733355 | VA0001811773 | VA0001885645 |
| VA0001734013 | VA0001823105 | VA0001889441 |
| VA0001734250 | VA0001825451 | VA0001889498 |
| VA0001734253 | VA0001831625 | VA0001893286 |
| VA0001734361 | VA0001832149 | VA0001894218 |
| VA0001734365 | VA0001832651 | VA0001894322 |
| VA0001735838 | VA0001832665 | VA0001897942 |
| VA0001737610 | VA0001853467 | VA0001903989 |
| VA0001737811 | VA0001854670 | VA0001917066 |
| VA0001740596 | VA0001854765 | VA0001917095 |
| VA0001742433 | VA0001864860 | VA0001918024 |
| VA0001743250 | VA0001875496 | |
| VA0001744495 | VA0001877847 | |
| VA0001744558 | VA0001877848 | |
| VA0001745414 | VA0001877902 | |
| VA0001747013 | VA0001878025 | |
| VA0001751241 | VA0001879874 | |
| VA0001753007 | VA0001879899 | |
| VA0001753663 | VA0001880317 | |
| VA0001758952 | VA0001880398 | |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## EXHIBIT B

| Filenames of Infringing Images from California RAC's Website | | |
|---|---|---|
| 15-passenger-van f.jpg | chevy-malibu.1 l.jpg | ford-explorer.2 f.jpg |
| audi-a3-rental-los-angeles f.png | chevy-malibu.2 f.jpg | ford-explorer.3 f.jpg |
| audi-a4.1 f.jpg | chevy-malibu.3 f.jpg | ford-explorer l.jpg |
| audi-a4.2 f.jpg | chevy-malibu f.jpg | ford-focus.1 l.jpg |
| audi-a4.3 f.jpg | chevy-silverado-4wd.5 f.jpg | ford-focus.2 f.jpg |
| audi-a4 f.jpg | chevy-silverado-4wd l.jpg | ford-focus.3 f.jpg |
| audi-a5.1 f.jpg | chevy-suburban l.jpg | ford-focus f.jpg |
| audi-a5.2 f.jpg | chevy-tahoe-hybrid.1 l.jpg | ford-fusion f.jpg |
| audi-a5.3 f.jpg | chevy-tahoe-hybrid.4 f.jpg | ford-mustang-convertible.4 f.jpg |
| audi-a5.4 l.jpg | chevy-tahoe-hybrid.6 f.jpg | infiniti-g37.1 l.jpg |
| audi-a5-convertible.10 f.jpg | chevy-tahoe-hybrid.7 f.jpg | infiniti-g37.2 f.jpg |
| audi-a5-convertible.13 f.jpg | chevy-volt.1 f.jpg | infiniti-g37.3 f.jpg |
| audi-a5-convertible.5 f.jpg | chevy-volt.4 f.jpg | infiniti-g37 f.jpg |
| audi-a5-convertible f.jpg | chevy-volt.5 f.jpg | jeep-cherokee.1 l.jpg |
| audi-a6 f.jpg | chevy-volt.6 f.jpg | jeep-cherokee.2 f.jpg |
| audi-a7 f.jpg | chevy-volt f.jpg | jeep-cherokee.3 f.jpg |
| bmw-i3 f.jpg | dodge-viper-srt f.jpg | jeep-cherokee f.jpg |
| cadillac-escalade-esv.1 l.jpg | fiat-500 f.jpg | jeep-wrangler.8 m.jpg |
| cadillac-escalade-esv.2 f.jpg | fiat-500c.1 l.jpg | lexus-ct-200h.3 f.jpg |
| cadillac-escalade-esv.3 f.jpg | fiat-500c.3 f.jpg | lexus-rx450-h.1 m.jpg |
| cadillac-escalade-esv f.jpg | fiat-500c.4 f.jpg | lexus-rx450-h.4 f.jpg |
| chevy-cargo-van f.jpg | fiat-500c f.jpg | lexus-rx450-h.6 f.jpg |
| chevy-corvette-stingray-convertible f.jpg | ford-expedition.1 l.jpg | lexus-rx450-h.7 f.jpg |
| chevy-impala.1 l.jpg | ford-expedition.2 f.jpg | mercedes-benz-g36.4 f.jpg |
| chevy-impala.2 f.jpg | ford-expedition.3 f.jpg | mercedes-c250.1 l.jpg |
| chevy-impala.3 f.jpg | ford-expedition f.jpg | mercedes-c250.2 f.jpg |
| chevy-impala f.jpg | ford-explorer.1 f.jpg | mercedes-c250.3 f.jpg |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

2

| Filenames of Infringing Images from California RAC's Website | | |
|---|---|---|
| mercedes-c250_f.jpg | mini-cooper-countryman_f.jpg | toyota-prius-v_f.jpg |
| mercedes-e350.1_f.jpg | mini-cooper-s.1_l.jpg | toyota-rav4_f.jpg |
| mercedes-e350.2_f.jpg | mini-cooper-s.2_f.jpg | toyota-sienna_f.jpg |
| mercedes-e350.3_f.jpg | mini-cooper-s.3_f.jpg | volkswagen-jetta.1_l.jpg |
| mercedes-e350_f.jpg | mini-cooper-s_f.jpg | volkswagen-jetta.2_f.jpg |
| mercedes-glk350.2_f.jpg | mini-roadster-conv_f.jpg | volkswagen-jetta.3_f.jpg |
| mercedes-glk350.3_f.jpg | range-rover-sport_f.jpg | volkswagen-jetta_f.jpg |
| mercedes-glk350.4_l.jpg | tesla-model-s.9_f.jpg | volkswagen-jetta-tdi.1_f.jpg |
| mercedes-glk350_f.jpg | toyota-camry.1_f.jpg | volkswagen-jetta-tdi.2_f.jpg |
| mercedes-ml350.1_l.jpg | toyota-camry.2_f.jpg | volkswagen-jetta-tdi.3_f.jpg |
| mercedes-ml350.2_f.jpg | toyota-camry.3_l.jpg | volkswagen-jetta-tdi.4_f.jpg |
| mercedes-ml350.3_f.jpg | toyota-camry_f.jpg | volvo-s80.1_l.jpg |
| mercedes-ml350_f.jpg | toyota-camry-hybrid.1_l.jpg | vw-beetle.4_f.jpg |
| mercedes-s550.1_l.jpg | toyota-camry-hybrid.2_f.jpg | vw-beetle-tdi.5_f.jpg |
| mercedes-s550.2_f.jpg | toyota-camry-hybrid.3_f.jpg | vw-beetle-tdi.6_f.jpg |
| mercedes-s550.3_f.jpg | toyota-camry-hybrid_f.jpg | vw-beetle-tdi_f.jpg |
| mercedes-s550_f.jpg | toyota-corolla_f.jpg | vw-passat.1_l.jpg |
| mercedez-benz-cla-250_f.png | toyota-prius.1_l.jpg | vw-passat.3_f.jpg |
| mini-convertible.2_l.jpg | toyota-prius.3_f.jpg | vw-passat.6_f.jpg |
| mini-convertible-s.1_f.jpg | toyota-prius_f.jpg | vw-passat_f.jpg |
| mini-convertible-s.2_f.jpg | toyota-prius-c.4_f.jpg | |
| mini-convertible-s.3_f.jpg | toyota-prius-v.1_f.jpg | |
| mini-convertible-s_f.jpg | toyota-prius-v.2_f.jpg | |
| mini-cooper.4_f.jpg | toyota-prius-v.3_l.jpg | |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF