UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-8046-MWF(RAOx)**                               Dated: **January 4, 2016**

Title:    Evox Productions, LLC -v- California Rent-A-Car, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Julieta Lozano | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                          Douglas J. Del Tondo

PROCEEDINGS: SCHEDULING CONFERENCE

Case called and counsel make their appearance. The Scheduling Conference held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.

**IT IS SO ORDERED.**

Initials of Deputy Clerk  jloz
: 05   MIN