BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for EVOX Productions, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX Productions, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> California Rent-A-Car, Inc. & Steve Vahidi, <br><br> Defendants. | Case No. 2:15-cv-08046 <br><br> **PLAINTIFF EVOX PRODUCTIONS, LLC'S APPLICATION TO FILE UNDER SEAL EXHIBITS B AND C TO THE DECLARATION OF BARRY THOMPSON** <br><br> Judge: Hon. Michael W. Fitzgerald <br> Date: June 20, 2016 <br> Time: 10:00 a.m. <br> Crtrm.: 1600 <br><br> Trial Date: January 10, 2017 |

635715.1

Pursuant to Local Rule 79-5.1, plaintiff EVOX Productions, LLC ("EVOX") submits this application to file under seal the document attached as Exhibits B and C to the accompanying Declaration of Barry Thompson.[1]

### BASIS FOR REQUEST

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See In re Copley Press, Inc.*, 518 F.3d 1022 (9th Cir. 2008); *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003); *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal. It states that "[e]xcept when authorized by statute or federal rule, or the Judicial Conference of the United States, no case or document shall be filed under seal without prior approval by the Court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal."

EVOX has been in business for twenty years, licensing high-quality photo, video and interactive automotive vehicle imagery. (Declaration of B. Thompson ("Thompson Decl.") ¶ 3)  Exhibit B consists of excerpts from the deposition of EVOX's 30(b)(6) representative. Exhibit C consists of portions from a declaration to EVOX's soon-to-be-filed motion for partial summary judgment. The redacted materials consist of information regarding EVOX's process for creating images. This includes EVOX's criteria for selecting color schemes, descriptions of EVOX's customized equipment, and details that could be used to determine EVOX's cost structure. This information is not public, and if publicly disclosed, could be readily exploited for commercial advantage by EVOX's competitors by providing a roadmap that would enable them to copy EVOX's photos, which are central to its business, or to determine EVOX's cost structure and profit margins. (Thompson

---

[1] Defense counsel has indicated that he does not oppose this application. (Declaration of Jonathan Gottfried ¶ 2)

Decl. ¶¶ 4-5)  This would significantly harm EVOX.  *Id.*  As such, there is an overriding interest in protecting such information from disclosure that outweighs the public's right to access.  This document was reviewed to determine whether the redacted information could be publicly filed, and it was determined that it could not be.

      Plaintiff EVOX Productions, LLC therefore respectfully requests that the Court order Exhibits B and C to the Declaration of Barry Thompson be filed under seal.  As indicated in the accompanying Declaration of Jonathan Gottfried, defense counsel indicated that he opposes this application.

DATED: May 16, 2016    BROWNE GEORGE ROSS LLP
                                       Keith J. Wesley
                                       Jonathan L. Gottfried

                              By    /s/ Jonathan Gottfried

                              Attorneys for EVOX Productions, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On May 18, 2016, I served true copies of the following document(s) described as **PLAINTIFF EVOX PRODUCTIONS, LLC'S APPLICATION TO FILE UNDER SEAL EXHIBITS B & C TO THE DECLARATION OF BARRY THOMPSON** on the interested parties in this action as follows:

DEL TONDO & THOMAS        Attorneys for Defendants
Douglas J. Del Tondo
2201 Dupont Drive, Suite 820
Irvine, California 92612
Tel 949.851.0558
Fax 949.266.9621
doug@deltondothomas.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2016, at Los Angeles, California.

/s/ Jacqueline E. Baker
Jacqueline E. Baker

635715.1