BROWNE GEORGE ROSS LLP
Keith J. Wesley (SBN 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (SBN 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
EVOX Productions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA RENT-A-CAR, INC., a California corporation; and STEVE FAHIDI, an individual,<br><br>Defendants. | Case No. 15-CV-08046 MWF (RAOx)<br>The Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF PROFESSOR JEFFREY SEDLIK** |

620767.1

## DECLARATION OF PROFESSOR JEFFREY SEDLIK

I, PROFESSOR JEFFREY SEDLIK, declare as follows:

1.     I have been engaged by Plaintiff EVOX PRODUCTIONS, LLC ("EVOX") in the above-captioned matter brought by EVOX against Defendants California Rent-A-Car, Inc ("CAC") and Steve Vahidi ("Vahidi"), collectively, "Defendants," to provide expert opinions regarding the procedures and workflow employed by EVOX in creating certain photographs and to review certain EVOX photographs and to opine as to the scope of creative expression involved in EVOX authorship of the photographs.  If called upon to provide further testimony, I may later opine on additional topics.

### Qualifications and Experience

2.     My opinions are based in part on more than twenty-five years of service in high-level positions in trade associations and standard-setting bodies in the photography, advertising, product marketing and design industries. I have been an internationally recognized advertising photographer for more than thirty years, working with many clients, observing and interacting with large numbers of professional photographers, advertising agencies, design firms, corporate clients, model agencies, product manufacturers and others in the United States and abroad. I have also owned and operated a publishing company, producing and selling photography related products for more than twenty years.

3.     I currently serve as the President and CEO of the PLUS Coalition. "PLUS" is an acronym for "Picture Licensing Universal System."  The PLUS Coalition is a non-profit, international standards body and trade association representing the shared business interests of all industries involved in the creation, distribution, licensing, preservation and use of photography and illustration, including photographers, illustrators, advertisers, advertising agencies, graphic design studios, publishers, artists' representatives, museums, libraries, stock photo

agencies and all other image licensees and licensors.  The PLUS Coalition develops, propagates and maintains universal standards for in the communication and management of rights related to photography and illustration.  I also serve as a founding member of the PLUS Board of Directors, and was personally responsible for the initial development of the core concept ultimately resulting in the formation of the PLUS Coalition and its standards.

4.     I am the past National President of the Advertising Photographers of America (APA), the leading trade association for commercial photographers in the United States, for which I have also served as Chief National Advisor on Licensing and Copyright.  In that position, I have advised the APA on current issues related to copyright, photography, advertising and modeling business practices and standards. I have represented the organization in discussions with the US Copyright Office on matters related to photography and copyright, and also interacted with trade organizations in photography and other industries, discussing industry standards related to image licensing, modeling and other matters related to the business of photography.  I have also served on the Board of Directors and Legal Affairs Committee of the Los Angeles Chapter of the APA.

5.     I currently serve on the Photo Metadata Working Group for the International Press Telecommunications Council (IPTC) and on the Digital Image Submission Guidelines Working Group for Universal Digital Image Guidelines (UPDIG).  I am also a Director of the Linked Content Coalition (LCC), a global non-profit organization dedicated to facilitating and expanding the legitimate use of content in the digital network through the effective use of interoperable identifiers and metadata.  I serve on the Creators Advisory Board of the Copyright Alliance.  I also represent the PLUS Coalition on the Partners' Board of the UK Copyright Hub, and as a partner in the Rights Data Integration initiative, focusing on the integration

of systems to efficiently manage and trade intellectual property rights online for any and all types of usage, across any and all types of content, in any and all media.

6.      In addition, I authored the "Photography Licensing" chapter of "Professional Business Practices in Photography," published by the American Society of Media Photographers (ASMP).

7.      I sit on the Intellectual Property Committee of the Art Center College of Design, where I have been an active faculty member since 1996, holding the title of Professor of Photography, and where I teach advanced courses on legal, business, photographic production, lighting and technical issues related to photography and advertising, with an  emphasis on licensing issues.  I have also taught advanced courses on lighting techniques.

8.      After 30 years as an award-winning commercial photographer and the President of Jeff Sedlik Photography, I continue to operate an advertising photography production company in California, with a client list that includes such companies as Nike, Federal Express, Farmers Insurance, SBC, GTE, NBC, Sony, AT&T, Blue Cross, Epson, IKEA, MCA, United Airlines, Warner Brothers, Toyota, Nestlé, Disney, Bank of America and others.

9.      I provide consulting services to organizations and individuals on issues related to copyright, licensing, negotiating and business practices and procedures related to photography, advertising and modeling.  In addition, I am the President of Mason Editions, a publishing company engaged in producing and distributing fine reproductions of photographs.

10.      In recognition of my expertise and my contributions to the photography and advertising industries, I have received the 2005 Industry Leadership Award from the International Photography Council of the United Nations, the 2006 PhotoMedia Photographer of the Year award and the 2007 APA Industry Advocacy Award.  In 2008, I was awarded an Honorary Masters Degree from the Brooks

1 Institute of Photography, recognizing Lifetime Achievement in the craft and
2 industry of photography.

3     11.    I have on occasion previously testified as an expert witness in litigation
4 related to photography, copyright, copyright registration, modeling, advertising,
5 design, metadata and related topics.

6     12.    My curriculum vitae is attached to this Declaration as Exhibit A.

7     13.    My time dedicated to this matter is billed and paid at my standard rate
8 of $650.00 per hour.  If my client elects to pay my fees in advance or within ten
9 days of my invoice date, I offer 5% net 10 payment terms, excluding deposition and
10 courtroom testimony.  My compensation is not contingent upon, dependent upon, or
11 related in any way to the outcome of this matter.

**The EVOX Photographs**

12

13     14.    EVOX alleges that Defendants infringed on registered copyrights held
14 by EVOX in a total of 149 photographs authored by EVOX ("EVOX
15 Photographs").[1]  A complete listing of the EVOX Photographs is attached as
16 Exhibit C.

**Observation and Examination**

17

18     15.    In addition to my personal knowledge and experience, my opinions are
19 based on an independent examination of certain of the documents and materials
20 produced in this matter to date, as listed in Exhibit B, "List of Materials
21 Considered."  I have also visited the EVOX production facility and interviewed
22 EVOX personnel.[2]  I also examined and carefully scrutinized digital copies of the
23 EVOX Photographs provided to me by Plaintiff's counsel, listed in Exhibit C.

24 ────────────────
[1]   Complaint for Damages and Injunctive Relief, Filed October 14, 2015
25 ("Complaint")

26 [2]   Telephonic interview with Barry Thompson, EVOX Vice President, Compliance,
27 February 3, 2016 ("Thompson Interview"), and  telephonic Interview with Bradley
Schultz, EVOX Photography Manager, March 30, 2016 ("Schultz Interview")

28

1  Should additional relevant information come to light, I may amend or supplement

2  my opinions as necessary and permitted by the Court.

**Creative Expression in Automotive Photography**

3

4      16.    Automotive photography is a highly specialized art form requiring

5  significant creative expertise.  While anyone can take a photograph of an

6  automobile, few photographers are capable of successfully authoring automotive

7  images approaching the quality represented in the EVOX Photographs.  Automobile

8  exteriors and interiors are among the most challenging photographic subjects,

9  requiring years of training, and demanding advanced creative skills.

**Creative Expression of Concepts in Automotive Photography**

10

11      17.    EVOX employs creative expression to communicate concepts in their

12  photographs.  The old saying, "every picture tells a story" rings especially true in

13  advertising photography, in which photographs are employed to influence brand

14  perception, customer beliefs and behavior.  Automotive photography is no exception.

15  EVOX selects, coordinates and arranges the subject matter, environment and

16  lighting, camera and post-production in order to communicate myriad concepts

17  including but not limited to quality, beauty, safety, power, strength, sturdiness,

18  agility, speed, versatility, dependability, usability, capacity, control, ergonomics,

19  reliability, economy, longevity, style, class, status, comfort, size, convenience,

20  attractiveness, value, modernity, desirability, spaciousness, elegance, luxury, taste,

21  tradition, gentility, sophistication, perfection, proportion, energy, balance, harmony,

22  fashion, grace, opulence, novelty, simplicity, intelligent design, and a host of other

23  concepts.

24      18.    Toward communicating these or other concepts, a successful, skillfully

25  authored automotive photograph results from a series of thousands of subjective

26  decisions by the photographer, from conceptual and logistical pre-production

27  planning, to selection of the vehicle, to preparation and positioning of the vehicle, to

28

selection and placement of lighting and camera equipment, to selection of settings for the camera and digital capture application, to composing, exposing and capturing the photograph, to editing and selecting the best result, to digital post-processing, to editing and applying image metadata,  to adjusting and preparing images for distribution and archiving, and many other activities.  A successful automotive photograph resonates with (and influences) the viewer, who is most often blissfully unaware of the photographer's tremendous investment of creative expression in the authoring of the photograph.  Based on my examination, and with a reasonable degree of professional certainty, the EVOX Photographs are successful automotive photographs.

**Creative Expression in Studio Lighting for Automotive Photography**

19.    Successful lighting of automobile exteriors in the studio poses a demanding creative challenge even for the most skilled, experienced professional photographers.  Automobile exteriors are typically comprised almost entirely of highly reflective surfaces such as chrome, glass and gloss painted sheet metal. These surfaces reflect the walls, floor, ceiling, equipment, surrounding objects and even the photographer and crew.  The EVOX Photographs demonstrate that EVOX understands that a photograph of an automobile is actually a photograph of the environment surrounding the automobile, as reflected the surfaces comprising the automobile's exterior.  For this reason, EVOX selects, coordinates, arranges and controls the surrounding environment and illuminates that environment in order to achieve the best possible apparent illumination of a pictured automobile.

20.    In authoring a photograph, studio EVOX begins with a pitch black void – a dark studio. Sculpting with light, EVOX then "chisels" the shape and details of the automobile out of the darkness using a combination of direct and indirect lighting techniques.

1       21.   Automotive lighting is typically comprised primarily of a combination

2   of indirect lighting and diffused lighting.  In indirect lighting, light produced by a

3   light source is not directed at the automobile but is instead reflected or "bounced"

4   off of surfaces (such as walls, ceilings and large panels) in order to illuminate the

5   automobile.  EVOX employs light modifiers such as soft boxes, scrims, silks, and

6   nets, which serve to diffuse, soften, redirect or otherwise affect the behavior of light

7   emitted by light sources, allowing EVOX to apply and precisely control reflections

8   on the automobile surfaces.  Many of the light modifiers employed by EVOX are of

9   very significant size – some are greater size than an automobile – in order to allow

10  EVOX to create continuous, smooth reflections in the automobile surface.  EVOX

11  controls the shapes and positions of these reflections to define and accentuate the

12  shape and features of the automobile.

13      22.   EVOX designed, built and employs specially purposed studio

14  production environments, selected, coordinated and arranged to achieve desired

15  creative expression when creating photographs of automobiles.  EVOX studio

16  environments include multiple 360 degree "cycloramas," essentially large rooms in

17  which the ninety degree transitions between floor, walls and ceiling have been

18  replaced by smooth radius curves, eliminating all corners and edges.  By lighting the

19  cyclorama surfaces, EVOX can control or eliminate horizon lines and can achieve

20  seamless reflections in automotive surfaces, selectively applying light-to-dark

21  gradations to the studio walls and flying flats to create and control reflections in

22  order to define and accentuate the features of the automobile.  EVOX also designed,

23  built and employs other studio environments, including ████ wall

24  and multiple large rooms with ██ or ██ walls and floors, specially designed to

25  achieve desired creative expression in the creation of automotive photographs.

26  Certain EVOX studio environments employ the combined use of ██ surfaces and

27

28

1  various shades of grey, used by EVOX in order to achieve a desired creative

2  expression when creating photographs of automobiles.

3      23.   EVOX supplements and enhances its studio lighting by employing

4  "flying flats" – specially designed, large reflective panels positioned overhead,

5  suspended from adjustable wires. Flying flats are, in effect, movable ceilings,

6  allowing EVOX to raise, lower and tilt the studio ceiling in three dimensions, while

7  directing lights at the surface of the flying flat to precisely control the indirect

8  illumination of the automobile.

9      24.   Supplementing the indirect lighting, EVOX also employs direct

10  lighting to illuminate black rubber and black plastic elements of pictured

11  automobiles, or to reveal the texture of interior fabrics and other surfaces.

12      25.   To further create and control reflections, EVOX strategically positions

13  ██████████████ and other panels (comprised of fabric, paper, wood or foam

14  core) to create reflections in automobile surfaces. ███████████████,

15  while other panels may be white, grey or black, allowing EVOX to selectively

16  achieve a lightening or darkening effect across entire sections of the automobile,

17  thus further controlling the apparent shape of the exterior surfaces of the

18  automobile.

19      26.   EVOX employs a variety of light sources in lighting automobiles. The

20  selection, coordination and arrangement of light sources can profoundly impact the

21  appearance of the automobile and the resulting photograph. EVOX may employ

22  flash light sources and/or continuous light sources. Flash light sources employed by

23  EVOX are typically comprised of flash "heads" connected by wire to remote flash

24  generators. It is common for EVOX to make use of a significant quantity of flash

25  generators, each with one or more connected flash heads in various strategic

26  positions around, above and below an automobile. Continuous light sources are

27  available in a wide variety of shapes and sizes, using various technologies. EVOX

28

620767.1

-8-

1 selects and uses specific models in order to achieve desired lighting effects on

2 automobiles.

3      27.    When using light sources to illuminate an automobile, EVOX often

4 employs light modifiers such as reflector dishes, directional grids, soft boxes,

5 umbrellas, barn doors, snoots, focusing devices, color gels, neutral density gels and

6 other modifiers in order to shape, control and color the light falling on the

7 automobiles, for desired effect. Light modifiers attached to light sources often

8 provide multiple options for position and settings, each requiring an expert

9 subjective creative decision by EVOX. Certain other light modifiers are not

10 typically mounted on light sources but are employed in conjunction with a light

11 source, in order to diffuse, decrease, redirect, or "shape" the light emanating from a

12 light source, for desired effect. Examples include flags, cutters, dots, nets, scrims,

13 gobos, cucoloris and many others. The shape, size and position of the modifier

14 relative to the light source and automobile can dramatically alter the effect of the

15 modifier, and requires expert subjective creative decisions by EVOX to achieve a

16 desired effect.

17      28.    EVOX exercises creative expression in the selection, coordination and

18 arrangement of the position of each light source and light modifier relative to the

19 automobile, the camera, reflectors and the studio walls, ceiling and floor. EVOX

20 determines the position of the light source in three dimensions in order to achieve a

21 desired effect, and in addition control the attitude, orientation or angle of the light

22 source as attached to a support such as a light stand or overhead grid. By varying

23 the distance or angle of a light source relative to the automobile or reflecting

24 surface, EVOX dramatically alters the lighting of the automobile to achieve a

25 desired effect. EVOX exercises precise creative control over each and every light

26 source when illuminating an automobile for photography.

27

28

29.     In employing a quantity of lights in order to illuminate an automobile, EVOX exercises creative expression in determining the relative intensity of each light source.  To control the intensity of light source, EVOX may, depending on the type of light source in use, adjust the settings of the power source, or change the bulb or tube in the light source, or adjust the distance of the light relative to surface onto which the light is directed, or adjust the angle of the light source, or employ scrims, nets, neutral density gels or other modifiers.  EVOX exercises precise control in order to achieve the desired creative effect, whether rendering an evenly lit background, or creating a gradation from light to dark, or creating a highlight, or accentuating the shape of the automobile.

30.     In order to add apparent shape to an automobile, EVOX adjusts light sources and modifiers to subjectively achieve desired aesthetic effect in highlight and shadow areas.  In order to ensure that shadow areas are not entirely black, EVOX employs "fill light" by directing a relatively low level of illumination into the shadow areas.  This may be accomplished with direct lighting but is often achieved with indirect, reflected lighting, either by reflecting light off of a studio wall or by adding a "fill card" and either illuminating the fill card or allowing the fill card to reflect other lights back toward the automobile.  The determination of the intensity of the fill light, in combination with the size and position of the fill card is highly subjective and requires substantial, expert creative expression to achieve a desired effect.

31.     EVOX exercises control over various additional aspects of the light emanating from light sources in order to achieve a desired effect.  The Kelvin color temperature of the light is often varied by adjusting the settings on the power source, or altering the light modifier, or adding color gels.  This allows EVOX to change the color of the environment or to alter the appearance of the automobile for desired effect.  In addition, when using flash lighting, EVOX is able to adjust the duration of

1    the flash, in order to achieve sharper images of moving automobiles, props or

2    persons.

3        32.    The selection, control and use of light sources, modifiers, reflectors, fill

4    light, color temperature and other creative tools are examples demonstrating

5    EVOX's creative expression when creating photographs of automobiles.

6        33.    EVOX employs special lighting and exposure techniques - often

7    including timed exposures and/or multiple exposures – in order to successfully

8    render various lights in and on the automobile, including the dashboard instruments,

9    accessory control panels, dome lights, glove box lights, headlights, puddle lights (on

10   the side view mirrors), tail lights, turn signals, brake lights and others.  The

11   application of these techniques is highly subjective and demonstrates significant

12   creative expression by EVOX in creating photographs of automobiles.

13       34.    Lighting automobile interiors is particularly challenging, due to the

14   confined space and the combination of chrome, fabric, leather, vinyl, glass, painted

15   metal surfaces, plastic, laminates, simulated wood and various other surfaces.  Due

16   to these and other factors, photography of automobile interiors requires significant

17   skill and involves significant creative expression by EVOX.

18   **Creative Expression in Selecting the Environment for a Studio**

19   **Photograph of an Automobile**

20       35.    EVOX exercises creative expression in the selection, coordination and

21   arrangement of the environment in which automobiles are photographed in the

22   studio.  As the chosen environment is reflected in the surfaces of the automobile, the

23   environment, illuminated by EVOX, significantly affects and determines the

24   appearance of the automobile in the resulting photograph.  The creative possibilities

25   in selecting, coordinating and arranging the environment are endless – white, grey,

26   black, light-to-dark gradation, any color or combination of colors on the

27

28

620767.1

-11-

DECLARATION OF JEFFREY SEDLIK

background, floor, or walls.  EVOX most often employs white, black or grey environments.

**Creative Expression in Positioning an Automobile for Photography within the Studio Environment**

36.     EVOX exercises creative expression in selecting, coordinating and arranging the position of the automobile relative the camera and environment, for desired effect.  Even slight variations in the position of the automobile can dramatically impact the appearance of the automobile and background.  EVOX often places automobiles on a turntable in order to speed and simplify the process of adjusting the automobile position for the purpose of photographing all sides of the automobile, and to achieve fine adjustments of the reflections on the automobile, exercising substantial subjective creative expression.

**Creative Expression in Controlling the Position and State of Elements of the Automobile for Photography.**

37.     EVOX exercises control over the position, appearance and state of elements of the automobile for desired effect in the photograph.  For example, EVOX adjusts the rotation of each wheel (to reposition the valve stem, or to align the bolts), tire direction (straight, turned outward, turn inward), steering wheel rotation, seat (tilt and slide), headrests, antennas, license plate, side view mirrors, rear view mirror, windshield wiper, sunroof/moonroof, and other elements.  When photographing interior controls, EVOX also typically adjusts the radio station, the clock time of day and the temperature settings to desired settings for desired aesthetic visual effect.  In order to achieve the best possible camera position for photographing certain interior elements, EVOX adjusts or removes portions of the vehicle, and makes multiple photographs and combines those photographs in post-production to achieve the desired creative result.

**Creative Expression in Controlling Props and Persons in Automobile Photography**

38.   EVOX exercises creative expression in the selection, arrangement and coordination of props appearing in photographs of automobiles.  The props are first selected by EVOX in a subjective creative process.  Then the props are placed and positioned in the vehicle by EVOX. EVOX then adjusts the lighting to achieve a desired result.

**Creative Expression in Selecting Camera Equipment, Camera Settings and Capture Settings for Automotive Photography**

39.   EVOX exercises creative expression in selecting and controlling camera equipment and settings when photographing automobiles.  The selection of lens focal length significantly impacts the appearance of the vehicle.  The selection of lens focal point determines the plane at which the image is most sharp, and conversely, the areas to be rendered out-of-focus.  The selection of lens aperture not only determines the amount of light passing through the lens, but also significantly impacts the appearance of the photograph by altering the depth-of-field (also known as "depth of focus").  The selection of shutter speed not only effects the period of time during which light is allowed to fall into the sensor, but also allows EVOX to selectively freeze or blur objects in motion.  The selection of ISO speed determines the sensitivity of the sensor and thus affects the applicable aperture/shutter speed combinations, and can have an effect on the amount of "noise" present in the resulting image.  The selection of color profile, file format and other digital capture settings also allow EVOX to control the appearance of the automobile and photograph for desired effect.

**Creative Expression in Selecting Camera Positions in Automotive Photography**

40.     EVOX exercises creative expression in selecting, coordinating and arranging the position of the camera in relation to the automobile.  The appearance and shape of the automobile is dramatically altered by varying the distance, height, angle, tilt (vertical rotation), and pan (horizontal rotation) of the camera.  By selecting the optimal camera position, EVOX affects and controls the appearance of the automobile in the photograph. EVOX controls the appearance of interior elements and their juxtaposition by careful positioning of the camera to subjectively achieve the desired creative expression.

**Creative Expression in Composing and Framing for Automotive Photographs**

41.     Composition and framing are fundamental to the creative process for photographs and other visual works.  EVOX exercises creative expression in selecting, coordinating and arranging the composition of the photograph, selecting the placement of the automobile within the frame.  For interior photographs, EVOX controls the appearance of interior elements and their juxtaposition by careful, creative composition of the elements within the photograph.

**Creative Expression in Controlling the Reflective Qualities of the Automobile for Photography**

42.     EVOX controls the reflective qualities of automobiles by selecting certain colors of automobiles for photography, and by applying substances to portions of the automobile.  EVOX typically selects silver automobiles for photography, best allowing for control of highlights and shadows, and further allowing for the application of replacement automobile colors in post production.

**Creative Expression in the Post-production process for Automotive Photographs**

43.     EVOX exercises creative expression in the selection, coordination and arrangement of post-production edits to automotive photographs.  Global edits (edits to the entire image) include, for example, adjustments to density, contrast, color profile and color balance.  Local edits (edits to portions of the image) include density, contrast, color, removal of unwanted elements, removal of unwanted reflections, reshaping and refining reflections, removal of imperfections in the automobile (dust, scratches, markings), isolation of the automobile from the environment, removal or swapping of backgrounds, removal or replacement of parts and accessories, creating variations of manufacturer's colors of the automobile, photocomposing multiple images into a single image to achieve a perspective not possible in a single exposure, composing and embedding labels, titles, captions, keywords, and rights metadata, preparation of image files for distribution/publication/archive.  Whether these activities are performed by EVOX or by independent contractors working under the direct supervision and control of EVOX on a work-made-for-hire basis, the EVOX post-production process involves substantial creative expression by EVOX.

**The Effect of EVOX Production Efficiencies on Creative Expression**

44.     In an effort to facilitate the production of automotive photography at scale, EVOX has developed methods, procedures and policies to enhance the efficiency and quality of the EVOX production process.  With a reasonable degree of professional certainty, I find that these efficiencies – such as production checklists and standardized workflows – do not diminish the quantum of creative expression invested by EVOX in the creation of the EVOX Photographs.

**Results and Additional Conclusions**

45.     Based on my thirty years of professional experience as a photographer, photography educator, trade association leader and image analyst, and further based on my review of EVOX production procedures, the EVOX Photographs, I conclude with a reasonable degree of professional certainty that the EVOX Photographs are examples of automotive photography of the highest professional caliber, each resulting from thousands of subjective decisions in the selection, coordination and arrangement of subject matter, environment, lighting, capture and post-production.

46.     Individually and collectively, the EVOX Photographs provide ample evidence that EVOX exercises a significant level of creative expression and authorship in creating photographs for licensing to EVOX clients, resulting in subjective, unique photographic interpretations of automobiles with the intent to communicate concepts that will influence customer opinions and behavior.

47.     As to Defendants' assertion that EVOX authorship is limited to the backgrounds in the photographs, I respectfully disagree.  Photography, unlike CGI, is not a process of replication in which points on a sample automobile are mapped to create a precise digital model precisely replicating an automobile.  When EVOX created the EVOX Photographs, EVOX could have achieved an infinite number of possible photographic outcomes, each dependent on subjective creative decisions made by EVOX.  In independently creating the EVOX photographs, EVOX made a series of subjective creative decisions aimed at achieving the ultimate creative expression desired by EVOX, thus resulting in the EVOX Photographs, each a unique creative interpretation of an automobile.  In my experience, if you ask five photographers to make a photograph of a particular product – automobile or otherwise – you will receive five different and unique photographic interpretations, even if the products are all photographed in the same studio.

48.     I conclude with a reasonable degree of professional certainty that EVOX did not merely copy automobile designs into photographs, nor do the EVOX Photographs evince intent by EVOX to exactly replicate any automobile design/s. To the contrary, the EVOX Photographs each demonstrate substantial, subjective, original creative expression by EVOX.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration has been executed by me in Pasadena, California as of the date shown above my signature.

Executed this 4th day of April, 2016, in Pasadena, Los Angeles, California.


PROFESSOR JEFFREY SEDLIK

Index to Exhibits

A        Jeff Sedlik Curriculum Vitae
B        List of Materials Considered
C        List of EVOX Photographs: "CRAC Evidence Files"
D        EVOX's Summary of Steps in it's Creative Process

**EXHIBIT A**

## PROFESSOR JEFF SEDLIK
### Curriculum Vitae

### Contact Information

| | |
|---|---|
| Mailing Address | 2797 East Foothill Boulevard, Suite 120, Pasadena, California 91107 USA |
| Telephone | 626.808.0000 (LA)   212.447.1255 (NYC)   213.716.6627 (Cell) |
| Email | expert@sedlik.com |

### About Professor Sedlik

President & CEO of the PLUS Coalition, the international standards body for the licensing of visual works. Professional photographer, educator, publisher, forensic analyst, graphic designer, product designer, expert witness, fundraiser, negotiator and consultant. Past National President of the Advertising Photographers of America (APA), a leading trade association in the commercial photography industry. Past APA Chief Advisor on Licensing and Copyright. 2005 Photography Industry Leadership Award, International Photography Council.  2006 Photography Person of the Year, Photo Media Magazine. 2007 Industry Leadership Award, Advertising Photographers of America.

Advises clients on industry trends, business practices, copyright and contract issues, digital asset management, asset identification systems, metadata standards, rights languages, valuation of photographs/photography and other visual artworks and related services, licensing, rights of publicity/privacy, social media, investment and acquisition opportunities, strategic partnerships, photographic history, digital and traditional photographic and design techniques and workflows, forensic photographic analysis, graphic design, product design, publishing, and product manufacture. Provides expert witness and consulting services on these and other matters related to photography, advertising, design and the modeling industry.  Provides expert testimony on damages and other liability arising from breach of contract, infringement of copyright, trade dress, removal/alteration of copyright management information, DMCA violations, rights of publicity/privacy, loss/damage/theft of artworks, image manipulation and other issues. Provides forensic analysis of images and video.  Serves as a Professor at the Art Center College of Design.  An accomplished and experienced educator, conducts advanced seminars and workshops for professionals, and teaches college-level courses on copyright, licensing, advertising, design and related business practices.

### Professional Experience

**PLUS Coalition, Inc.,** 2005 – Present.  Serves as President and CEO for the global standards body for the image licensing industries. A non-profit organization, Picture Licensing Universal System ("PLUS") is dedicated to the development and maintenance of international licensing standards and systems in the photography, illustration, publishing, advertising, graphic design, museum, library and education communities in 120 countries. Directed recruitment of trade organizations and other interested parties worldwide and supervised development and implementation of licensing standards, and development of a global rights registry.

**PLUS Coalition, LTD.,** 2005 – Present.  Serves as President, CEO and Director of the London-based subsidiary of the PLUS Coalition, Inc..

**Sedlik Productions/Sedlik Design,** 1986 – Present. Serves as President of a leading commercial photography,

1

design, and film production company.  Also serves as Producer, Director, Photographer, and Director of Photography, creating photography, film and video productions for advertising agencies, graphic design studios, the entertainment industry, and other clients. Operates SedlikStock, a subsidiary dedicated to licensing existing Sedlik images for advertising, editorial and merchandising usage via affiliates including stock photography agencies and publishers. Maintains relationships with major photography industry manufacturers, testing and demonstrating analog and digital equipment and software. Provides graphic design, advertising design and product design and manufacturing services.

## Partial Client List- Sedlik Productions/Sedlik Design

**Clients:** 3m; 20th Century Fox; A&E Television Network; ABR Information Services; Alpo; AmSouth Bank; Andazia, Inc; Arista Records; Association of Tennis Professionals; AT&T; Avery Dennison; Bank of America; Barrington Music Products; BBC;  Blue Cross; BMG/RCA Records; Bristol Myers Squibb; Buena Vista Pictures; Bureau of Census; CareAmerica; Chesebrough-Ponds; CBS/Sony Music; Cedars Sinai; Century 21; Cherokee; Columbia Pictures; Computer Associates; Concord Records; Conroy's Florist; Direct TV; Disney; Doubleday; Dreyfus; Epson; Essilor; Farmer's Insurance; Federal Express; Fitzgerald-Hartley Co.; Ford; Gannon/Hartley; Geffen Records; Georgia Pacific; Great Performances; Great Western Bank; GRP Records; GTE; Guinness Museum; Hanna-Barbera; Harcourt Publishers; Hopper Papers; Ikea; Infiniti Automobiles; Island Records; Janssen Pharmaceuticals; JVC Musical Industries; Kraft Food Products; Korg, Inc.; LaFace Records; Laura Ashley; Levi Strauss; Mark Taper Forum; Missouri Historical Society; MCA Records; MCA International; Metro Goldwyn Mayer; Microsoft; Motion Picture & TV Fund; Movieland; MSN; MTM Entertainment; MTV Networks; Navisite; NBC Television; Neenah Paper; Nestle'; New World Pictures; Nike; Pacific Bell; Palm Press; Paramount Pictures; Phillip Morris; Polygram Records; Pomegranate Books; Potlatch; Prentice-Hall; San Diego Zoo; Schering Plough; SBC; Signature Eyewear; Smithsonian Institution; Sony Inc.; Southern Natural Gas; Spanish Tourism Office; Sugar Hill Records; Taco Bell; Telarc International; Toyota; Turner Broadcasting; U. C. Press; United Airlines; United Way; Universal Studios; VH-1; Warner Brothers Records; Web TV; Windham Hill Records; Word Records; World Savings; Yamaha; Zellerbach; Ziff-Davis; Zildjian

**Advertising Agencies & Design Firms:** Alan Sekuler & Associates; Asher Gould; BBDO;  Bozell, Brierley & Partners; Brooks-Gruman Advertising; Campbell, Mithun, Esty; Cline, Davis, & Mann; Cross & Associates Design; Dailey & Associates; Davis, Elen; Daymark; DDB Needham, Worldwide; Deutsch; Douglas Oliver Design; DVC Marketing; DZN; The Design Group; East/West Network; Fitzgerald & Associates; FKQ Advertising; FP Horak Advertising; Foote, Cone, & Belding; GBF Ayer; Goodby Silverstein; Grey Advertising; Hill & Knowlton; Huerta Design; Ikkanda Design; Interbrand; J. Walter Thompson; Kang & Lee; Kaufman/Stewart; Ketchum Advertising; Klemtner Advertising; Kovel Kresser; Kuester Group; Lehman Millet, Inc; Lintas Campbell Ewald; Mangos; Mediatrix; Melia Design Group; Ogilvy & Mather; OZ Advertising; Phillips Ramsey; Poppe-Tyson; Potter Katz & Partners; John Ryan Company; Saatchi & Saatchi; Seineger Advertising; Slaughter Hanson; SmithKlein Beecham; Strike Group; Team One Advertising; Team Creatif; Torre Lazur; Tracy-Locke; Tribe Design; Vrontikis Design; White Rhino Advertising; Young & Rubicam

**Editorial:** American Film; Arts & Entertainment; CD Review; Cosmopolitan; Details; Downbeat; Elle; Entertainment Weekly; Glamour; GuestInformant; Imperial Press; In Focus; Interiors & Sources; Jazziz; Jazz Times; Life; Los Angeles Magazine; Los Angeles Times Magazine; Mirabella; Music Connection; Newsweek; Photo District News; People; Premiere; Pulse; Q Magazine; Rolling Stone; Select; Spin; Time-Life

## Other Professional Experience

**Linked Content Coalition, (LCC)** 2013 – Present.  Serves as a Founding Director of the Linked Content Coalition (LCC), a UK-based, not-for-profit global consortium of standards bodies and registries. LCC members are

organizations engaged in creating and managing data standards associated with content of one or more types, particularly for identifiers, metadata and messaging. The purpose of the LCC is to facilitate and expand the legitimate use of content in the digital network through the effective use of interoperable identifiers and metadata.

**American Society of Collective Rights Licensing (ASCRL)**, 2014 – Present. Serves as Founding Director of ASCRL, a non-profit organization engaged in collecting and distributing royalties to authors and copyright owners in visual works.

**Advertising Photographers of America (APA)**. Served as National President , 2000 – 2002. Served as Chief Advisor on Licensing & Copyright, 2002 – 2012. Directed and supervised all operations of the largest trade organization representing advertising photographers, leading more than seventy volunteer board members located in all areas of the country. Advised federal and state legislators, and senior officials at the Small Business Administration and US Copyright Office. Also served on the Board of Directors of the APA Los Angeles Chapter, and on that chapter's Legal and Legislative Committee, Advocacy Committee and Sales Tax Committee.

**Beijing Intellectual Property Expertise Center of Judicature (JZSC)**, 2007 – Present. Advisor to Chinese governmental agency and the People's Court of China on intellectual property issues in China.

**IPTC Photo Metadata Working Group,** 2006 – Present. Active participant in the International Press Telecommunications Council (IPTC) standards body. Member of the IPTC Photo Metadata Working Group, charged with establishing and maintaining standards for embedded metadata in digital photographs. Co-authored the IPTC Photo Metadata White Paper 2007 and the IPTC-PLUS Photo Metadata Toolkit.

**Universal Photographic Digital Imaging Guidelines (UPDIG),** 2004 – Present. Active participant in working group charged with developing worldwide standards in the commercial application of digital imaging technologies. Participant in Model Release Working Group, charged with developing international standards for model releases and model release workflow.

**Consultant and Expert Witness,** 2000 – Present. Provide consulting services, forensic analysis and expert testimony on legal, business and technical matters related to digital and traditional photography, illustration, marketing and other topics.

**United States Copyright Office,** 2008 – Present. Advises senior staff members on topics including copyright registration, regulatory, re-engineering and professional workflow issues. Alpha test consultant for online electronic copyright registration system.

**Adobe Photographer's Council,** 2004 – 2010. Advised Adobe Systems on matters related to Adobe products and services, including digital photography technologies, stock photography, and industry standards.

**Adobe Pre-release Testing,** 2004 – Present. Provides pre-release testing services to Adobe, both alpha and BETA testing of Adobe products and services.

**Founder, Digital Technology Advisory Council,** 2002. Founded advisory council comprised of high level representatives from each of the leading photography industry manufacturers.

**Advisory Board Member, WorkbookStock,** 2000 – 2006. Served on the advisory board of WorkbookStock, a leading stock photography agency. Consulted on the development of a vendor contract, copyright registration procedures, and web interface.

**Advisory Board Member, Exactly Vertical**, 1998 – 2000. Served on the advisory board of Exactly Vertical, a company offering interactive business management solutions for photographers. Consulted on issues including web interface, software design, copyright registration, merchandizing, stock licensing, photographers' workflows, and branding.

**Other, 1996 – Present:** Numerous additional consulting engagements under NDA, including the identification and analysis of investment opportunities, strategic partnerships, acquisition targets, product development and launch strategies, advisory council recruitment, fundraising, negotiations, mediation and deal brokering.

## Awards & Recognition

**APA Photography Industry Leadership Award,** 2007. Presented by Advertising Photographers of America.

**Photography Person of the Year,** 2006. Presented by Photo Media Magazine.

**ICP Photography Industry Leadership Award,** 2005. Presented by the International Photography Council, a non-governmental organization of the United Nations.

**Mamiya Award of Excellence in Photo Education**, 1999. Recognized as a leading arts educator. Selected from all college-level photography instructors, nationwide.

**The Clio Awards. Silver Clio, Director of Photography, Rich Media Advertising**, 1999;

### Selected Additional Awards and Recognition

Print's Regional Design Annual. Award of Excellence, 1999; Ozzie Awards. Silver Ozzie for Best Photography, 1999; Art Directors Club. Excellence in Photography, 1999; Art Directors Club. Excellence in Photography, 1999; PDN/Nikon Award of Excellence in Self Promotion, 1998; Advertising Photographers of America. Best in Show, 1998; Communication Arts Award of Excellence in Editorial Photography, 1998; The One Show Award for Excellence in Advertising, 1997; Communication Arts Award of Excellence, Unpublished Work, 1997; Communication Arts Award of Excellence in Self Promotion, 1996; Communication Arts Award of Excellence in Advertising Photography, 1994; Communication Arts Award of Excellence, Book Series, 1993; Art Direction Magazine Creativity Award, 1992; Communication Arts Award of Excellence in Editorial Photography, 1992; Communication Arts Award of Excellence in Advertising Photography, 1991; Communication Arts Award of Excellence in Editorial Photography, 1990; Art Direction Magazine. Creativity Award, 1990

## Selected Articles Authored

**ASMP Professional Business Practices in Photography, 2008.** Contributing author.

**United States House Judiciary Committee.** "The Orphan Works Dilemma: Challenges & Recommendations," 2006. Treatise submitted to the House Judiciary Committee by invitation of the General Counsel, in relation to the U.S. Copyright Office "Report on Orphan Works."

**Photo District News.** Contributor to Photo District News, the photography industry's primary trade publication. Authored the "Ask The Expert" column, writing on subjects of business management, licensing, copyright, and

creativity.

**In Focus.** Contributor to In Focus Magazine, the magazine of the Advertising Photographers of America, writing on subjects including business management, industry trends, protecting the value of photography, licensing, copyright, creativity.

**Wraparound.** Founder and regular contributor to Wraparound Magazine, writing on legal and business topics.

**APA/LA NewsMagazine.** Contributor to the news magazine published by the Advertising Photographers of America, Los Angeles Chapter.

**Photo Media.** "Get Down to Business" Fall, 2000

**IPTC Photo Metadata White Paper 2007.** Co-author.

## Professional Societies

**PLUS Coalition, Inc. (PLUS)**

**Advertising Photographers of America (APA)**

**American Institute of Graphic Arts (AIGA)**

**American Society of Media Photographers (ASMP)**

**American Society of Picture Professionals (ASPP)**

**Pro Imaging (PI)**

**Photography Instructors Education Association (PIEA)**

## Selected Speaking Engagements

**Miscellaneous Events and Engagements,** 1977 – Present. Invited speaker/panelist at the industry's major trade shows, speaking on topics including copyright, licensing, advertising, branding, design, publishing, product development, self promotion, stock image licensing and technical issues. Lectured on photography at LAUSD Community Adult School. Speaks before groups of photographers and creatives worldwide. Wrote and produced the APA "Real World" seminar series on topics ranging from estimating, to licensing, to producing. Participated in the development of Digital Imaging for Photographers, a leading seminar series dedicated to cutting- edge digital techniques and equipment.  Speaker at the "PDN on the Road" seminar series, on copyright, licensing and stock photography.  Speaker at the ASMP Strictly Business Workshops, ASMP Copyright Symposiums, Copyright & Technology Conferences, Digital Asset Management Conferences, World Copyright Summits, Copyright Office Roundtables and many other events.

**United States House Judiciary Subcommittee on the Courts, Intellectual Property and the Internet,** 2014. Testimony at hearing entitled "Preservation and Reuse of Copyrighted Works."

**United States Copyright Office**, 2014. Orphan Works & Mass Digitization Round Table.

**University of California Los Angeles**, 2014. US Copyright Office Recordation Reengineering Roundtable.

**World Creators' Summit**, 2013. Orphan Works.  Balancing Access and Creator's Rights.

**IPTC Metadata Conference**, 2013. Metadata Technology. What the Future Might Bring.

**California Visual Resources Association Conference**, 2014. Image Rights: Leveraging Rights Metadata to Maximize Access and Minimize Liability.

**National Association of Recording Merchandisers (NARM) Conference, 2013**. Managing Photographic and Video Archival Assets.

**Advertising Photographers of America (APA)**, 2013. Social Media, the PLUS system, and Strategic Marketing in the Internet Age

**ICON LA Illustration Conference**, 2010.  Illustrators and Copyright

**Picture Archive Council of America, International Conference**, 2004.  Image Licensing in the 21st Century

**Createasphere/ EXPLORE Entertainment Technology Exposition**, 2010. Effective Digital Asset Management Workflows

**American Society of Media Photographers**, 2010. Copyright and the New Economy: Issues and Trends Facing Visual Artists

**Photo Plus Expo**, 2009. Strategic Estimating

**Museum Computer Network**, 2009. Copyright in the Cultural Heritage Sector

**Smithsonian Institute**, 2009. Beyond the Copyright Field: Current Trends in Rights and Licensing Metadata

**Photo Marketing Association**, 2008. Breakthroughs in Photo Archiving using Metadata

**Picture Archive Council of America (PACA), International Conference**, 2008. Copyright in the stock image industry

**Henry Stewart DAM Symposium**, 2008. Rights, Images and PLUS: Challenges & Solutions

**IDEAlliance XMP Open Content Metadata Summit**, 2008. Leveraging XMP to Advance Industry Standards

**Picture Archive Council of America (PACA)**, 2007. Searching for a Common Ground: Setting Standards in a Time of Change

**Library of Congress**, 2007. Image Preservation with PLUS

**Japan Photographer's Union**, 2007. Photography & Copyright: International Issues

**Digital Library Federation, Fall Forum**, 2007. Facilitating the Fair Licensing of Digital Images, and Determining

Copyright

**Museum Computer Network, Annual Conference**, 2007. Museums and Intellectual Property: Challenges and Solutions

**IDEAlliance XMP Open Content Metadata Summit**, 2007. Advanced Photography Metadata Workflow Strategies

**American Society of Picture Professionals, Education Conference**, 2006. Strategic Licensing: The Art & Science of Maximizing Your Profits

**International Press Telecommunications Council (IPTC) Conference**, 2006. PLUS and IPTC, a Collaboration

**Coordination of European Picture Agencies Press Congress (CEPIC) Conference**, 2006. Implementing International Standards in Image Licensing

**Oxford University**, 2006. Digital Object Identifiers and Copyright

## Foundation, Community Service and Charitable Work

**Warren King Foundation**, President, 2000–2002. Created foundation providing endowed photography scholarships to promising photography students. Produced a fundraising event attended by photographers, educators, government officials and media. Lobbied Los Angeles Unified School District to re-launch abandoned arts education programs in local schools. Arranged for an arts teacher to receive a lifetime achievement award at the Kennedy Center.

**Other Community Service and Charitable Work.** Conduct visiting lectures on the art and history of photography for elementary school students in the Los Angeles Unified and Pasadena Unified School Districts. Judge photography exhibitions at the high school, college, and amateur, and professional levels. Photograph pro-bono or reduced-fee public service campaigns for charitable organizations such as the LA Times "Reading by Nine" program, Jewish Family Services, Motion Picture and Television Fund, United Way, and others. Volunteered time to leadership in the Boy Scouts and public schools. Donated original photographic prints to each of the Focus on Aids annual fundraising auctions 1987-2003, Woodcraft Rangers, Pediatric Aids Foundation and other vital charitable organizations.

**Boy Scouts of America**, Eagle Scout, 1972-1977.

## Academic

**Continuing Education,** 1986-Present. Attends workshops and seminars on business, legal and technical issues affecting photographers, illustrators, designers and other visual creators, with an emphasis on intellectual property, business management, stock photography, and digital technology courses. Consults with manufacturers and distributors in testing new equipment to stay abreast of the latest developments in digital imaging, design and manufacturing technologies.

**Brooks Institute,** 2008, MFA, HC.

**Art Center College of Design,** 1986, BFA.

**University of California at Santa Barbara,** 1980-1983, Liberal Studies major with emphasis in Art, Art History, Economics, Business Management.

**EXHIBIT B**

List of Materials Considered

- Complaint for Damages and Injunctive Relief, Filed October 14, 2015
- Answer of Defendants California Rent-A-Car, Inc., and Steve Vahidi
- EVOX's Summary of Steps In Its Creative Process (See Exhibit D)
- Declaration of Barry Thompson in Support of Plaintiff EVOX Productions. LLC's Motion for Partial Summary Judgment on Liability Against Defendant California Rent-A-Car, Inc.
- Exhibit B to the Declaration of Barry Thompson in Support of Plaintiff EVOX Productions. LLC's Motion for Partial Summary Judgment on Liability Against Defendant California Rent-A-Car, Inc.
- Letter of September 1, 2015 from Counsel for California Rent-A-Car to Counsel for EVOX
- A 36-page document entitled "Automotive Image Library from EVOX Wiki"
- List of EVOX Photographs: "CRAC Evidence Files"

**EXHIBIT C**

CRAC Evidence Files                                              01/08/15                          Page 1 of 3

| Item # | CRAC Assigned File Name | Evox Original File Name | Copyright Certificate # |
|---|---|---|---|
| 1 | mini-convertible.2_l.jpg | 6377_st0640_116.jpg | VA 1-690-913 |
| 2 | chevy-silverado-4wd_l.jpg | 6520_st0640_046.jpg | VA 1-697-493 |
| 3 | chevy-silverado-4wd.5_f.jpg | 6520_st0640_048.jpg | VA 1-697-493 |
| 4 | toyota-camry-hybrid_f.jpg | 6718_st0640_037.jpg | VA 1-709-078 |
| 5 | toyota-camry-hybrid.3_f.jpg | 6718_st0640_059.jpg | VA 1-709-078 |
| 6 | toyota-camry-hybrid.1_l.jpg | 6718_st0640_116.jpg | VA 1-709-078 |
| 7 | toyota-camry-hybrid.2_f.jpg | 6718_st0640_121.jpg | VA 1-709-078 |
| 8 | audi-a4.1_f.jpg | 6835_st0640_037.jpg | VA 1-733-355 |
| 9 | audi-a4.2_f.jpg | 6835_st0640_048.jpg | VA 1-733-355 |
| 10 | audi-a4.3_f.jpg | 6835_st0640_059.jpg | VA 1-733-355 |
| 11 | chevy-malibu_f.jpg | 6848_st0640_037.jpg | VA 1-733-201 |
| 12 | chevy-malibu.3_f.jpg | 6848_st0640_059.jpg | VA 1-733-201 |
| 13 | chevy-malibu.1_l.jpg | 6848_st0640_116.jpg | VA 1-733-201 |
| 14 | chevy-malibu.2_f.jpg | 6848_st0640_121.jpg | VA 1-733-201 |
| 15 | audi-a5.1_f.jpg | 6859_st0640_037.jpg | VA 1-734-250 |
| 16 | audi-a5.3_f.jpg | 6859_st0640_059.jpg | VA 1-734-250 |
| 17 | audi-a5.4_l.jpg | 6859_st0640_089.jpg | VA 1-734-250 |
| 18 | audi-a5.2_f.jpg | 6859_st0640_121.jpg | VA 1-734-250 |
| 19 | mercedes-glk350_f.jpg | 6865_st0640_037.jpg | VA 1-734-013 |
| 20 | mercedes-glk350.3_f.jpg | 6865_st0640_059.jpg | VA 1-734-013 |
| 21 | mercedes-glk350.4_l.jpg | 6865_st0640_116.jpg | VA 1-734-013 |
| 22 | mercedes-glk350.2_f.jpg | 6865_st0640_121.jpg | VA 1-734-013 |
| 23 | cadillac-escalade-esv_f.jpg | 6867_st0640_037.jpg | VA 1-734-253 |
| 24 | cadillac-escalade-esv.3_f.jpg | 6867_st0640_059.jpg | VA 1-734-253 |
| 25 | cadillac-escalade-esv.1_l.jpg | 6867_st0640_116.jpg | VA 1-734-253 |
| 26 | cadillac-escalade-esv.2_f.jpg | 6867_st0640_121.jpg | VA 1-734-253 |
| 27 | jeep-cherokee_f.jpg | 6871_st0640_037.jpg | VA 1-734-361 |
| 28 | jeep-cherokee.3_f.jpg | 6871_st0640_059.jpg | VA 1-734-361 |
| 29 | jeep-cherokee.1_l.jpg | 6871_st0640_116.jpg | VA 1-734-361 |
| 30 | jeep-cherokee.2_f.jpg | 6871_st0640_121.jpg | VA 1-734-361 |
| 31 | mercedes-ml350_f.jpg | 6891_st0640_037.jpg | VA 1-734-365 |
| 32 | mercedes-ml350.3_f.jpg | 6891_st0640_059.jpg | VA 1-734-365 |
| 33 | mercedes-ml350.1_l.jpg | 6891_st0640_116.jpg | VA 1-734-365 |
| 34 | mercedes-ml350.2_f.jpg | 6891_st0640_121.jpg | VA 1-734-365 |
| 35 | mercedes-e350_f.jpg | 6892_st0640_037.jpg | VA 1-735-838 |
| 36 | mercedes-e350.2_f.jpg | 6892_st0640_121.jpg | VA 1-735-838 |
| 37 | mercedes-e350.3_f.jpg | 6892_st0640_174.jpg | VA 1-735-838 |
| 38 | volvo-s80.1_l.jpg | 6917_st0640_116.jpg | VA 1-737-610 |
| 39 | mercedes-c250_f.jpg | 6940_st0640_037.jpg | VA 1-737-811 |
| 40 | mercedes-c250.3_f.jpg | 6940_st0640_059.jpg | VA 1-737-811 |
| 41 | mercedes-c250.1_l.jpg | 6940_st0640_116.jpg | VA 1-737-811 |
| 42 | mercedes-c250.2_f.jpg | 6940_st0640_121.jpg | VA 1-737-811 |
| 43 | chevy-impala_f.jpg | 6983_st0640_037.jpg | VA 1-740-596 |
| 44 | chevy-impala.3_f.jpg | 6983_st0640_059.jpg | VA 1-740-596 |
| 45 | chevy-impala.1_l.jpg | 6983_st0640_090.jpg | VA 1-740-596 |
| 46 | chevy-impala.2_f.jpg | 6983_st0640_121.jpg | VA 1-740-596 |
| 47 | ford-expedition_f.jpg | 7030_st0640_037.jpg | VA 1-742-433 |
| 48 | ford-expedition.3_f.jpg | 7030_st0640_059.jpg | VA 1-742-433 |
| 49 | ford-expedition.1_l.jpg | 7030_st0640_116.jpg | VA 1-742-433 |
| 50 | ford-expedition.2_f.jpg | 7030_st0640_121.jpg | VA 1-742-433 |

CRAC Evidence Files                                01/08/15                    Page 2 of 3

| Item # | CRAC Assigned File Name | Evox Original File Name | Copyright Certificate # |
|---|---|---|---|
| 51 | mini-cooper-s_f.jpg | 7064_st0640_037.jpg | VA 1-743-250 |
| 52 | mini-cooper-s.3_f.jpg | 7064_st0640_059.jpg | VA 1-743-250 |
| 53 | mini-cooper-s.1_l.jpg | 7064_st0640_116.jpg | VA 1-743-250 |
| 54 | mini-cooper-s.2_f.jpg | 7064_st0640_121.jpg | VA 1-743-250 |
| 55 | lexus-rx450-h.4_f.jpg | 7079_st0640_037.jpg | VA 1-744-558 |
| 56 | lexus-rx450-h.7_f.jpg | 7079_st0640_059.jpg | VA 1-744-558 |
| 57 | lexus-rx450-h.1_m.jpg | 7079_st0640_116.jpg | VA 1-744-558 |
| 58 | lexus-rx450-h.6_f.jpg | 7079_st0640_121.jpg | VA 1-744-558 |
| 59 | infiniti-g37_f.jpg | 7082_st0640_037.jpg | VA 1-744-495 |
| 60 | infiniti-g37.3_f.jpg | 7082_st0640_059.jpg | VA 1-744-495 |
| 61 | infiniti-g37.1_l.jpg | 7082_st0640_116.jpg | VA 1-744-495 |
| 62 | infiniti-g37.2_f.jpg | 7082_st0640_121.jpg | VA 1-744-495 |
| 63 | chevy-tahoe-hybrid.4_f.jpg | 7120_st0640_037.jpg | VA 1-745-414 |
| 64 | chevy-tahoe-hybrid.6_f.jpg | 7120_st0640_059.jpg | VA 1-745-414 |
| 65 | chevy-tahoe-hybrid.1_l.jpg | 7120_st0640_116.jpg | VA 1-745-414 |
| 66 | chevy-tahoe-hybrid.7_f.jpg | 7120_st0640_173.jpg | VA 1-745-414 |
| 67 | volkswagen-jetta_f.jpg | 7136_st0640_037.jpg | VA 1-747-013 |
| 68 | volkswagen-jetta.3_f.jpg | 7136_st0640_059.jpg | VA 1-747-013 |
| 69 | volkswagen-jetta.1_l.jpg | 7136_st0640_116.jpg | VA 1-747-013 |
| 70 | volkswagen-jetta.2_f.jpg | 7136_st0640_121.jpg | VA 1-747-013 |
| 71 | mercedes-s550_f.jpg | 7247_st0640_037.jpg | VA 1-751-241 |
| 72 | mercedes-s550.3_f.jpg | 7247_st0640_059.jpg | VA 1-751-241 |
| 73 | mercedes-s550.1_l.jpg | 7247_st0640_116.jpg | VA 1-751-241 |
| 74 | mercedes-s550.2_f.jpg | 7247_st0640_121.jpg | VA 1-751-241 |
| 75 | toyota-camry_f.jpg | 7259_st0640_037.jpg | VA 1-753-007 |
| 76 | toyota-camry.1_f.jpg | 7259_st0640_059.jpg | VA 1-753-007 |
| 77 | toyota-camry.3_l.jpg | 7259_st0640_116.jpg | VA 1-753-007 |
| 78 | toyota-camry.2_f.jpg | 7259_st0640_174.jpg | VA 1-753-007 |
| 79 | toyota-prius_f.jpg | 7281_st0640_037.jpg | VA 1-753-663 |
| 80 | toyota-prius.1_l.jpg | 7281_st0640_116.jpg | VA 1-753-663 |
| 81 | ford-explorer.2_f.jpg | 7343_st0640_059.jpg | VA 1-758-952 |
| 82 | ford-explorer_l.jpg | 7343_st0640_116.jpg | VA 1-758-952 |
| 83 | ford-explorer.1_f.jpg | 7343_st0640_121.jpg | VA 1-758-952 |
| 84 | ford-explorer.3_f.jpg | 7343_st0640_173.jpg | VA 1-758-952 |
| 85 | ford-focus_f.jpg | 7423_st0640_037.jpg | VA 1-773-028 |
| 86 | ford-focus.3_f.jpg | 7423_st0640_059.jpg | VA 1-773-028 |
| 87 | ford-focus.1_l.jpg | 7423_st0640_116.jpg | VA 1-773-028 |
| 88 | ford-focus.2_f.jpg | 7423_st0640_121.jpg | VA 1-773-028 |
| 89 | audi-a5-convertible_f.jpg | 7533_st0640_037.jpg | VA 1-786-636 |
| 90 | audi-a5-convertible.5_f.jpg | 7533_st0640_046.jpg | VA 1-786-636 |
| 91 | audi-a5-convertible.10_f.jpg | 7533_st0640_090.jpg | VA 1-786-636 |
| 92 | audi-a5-convertible.13_f.jpg | 7533_st0640_159.jpg | VA 1-786-636 |
| 93 | fiat-500c_f.jpg | 7551_st0640_037.jpg | VA 1-825-451 |
| 94 | fiat-500c.1_l.jpg | 7551_st0640_046.jpg | VA 1-825-451 |
| 95 | fiat-500c.3_f.jpg | 7551_st0640_059.jpg | VA 1-825-451 |
| 96 | fiat-500c.4_f.jpg | 7551_st0640_121.jpg | VA 1-825-451 |
| 97 | vw-passat_f.jpg | 7554_st0640_037.jpg | VA 1-794-056 |
| 98 | vw-passat.1_l.jpg | 7554_st0640_046.jpg | VA 1-794-056 |
| 99 | vw-passat.3_f.jpg | 7554_st0640_049.jpg | VA 1-794-056 |
| 100 | vw-passat.6_f.jpg | 7554_st0640_173.jpg | VA 1-794-056 |

CRAC Evidence Files                                              01/08/15                                 Page 3 of 3

| Item # | CRAC Assigned File Name | Evox Original File Name | Copyright Certificate # |
|---|---|---|---|
| 101 | vw-beetle-tdi_f.jpg | 7696_st0640_037.jpg | VA 1-792-592 |
| 102 | vw-beetle-tdi.5_f.jpg | 7696_st0640_061.jpg | VA 1-792-592 |
| 103 | vw-beetle-tdi.6_f.jpg | 7696_st0640_115.jpg | VA 1-792-592 |
| 104 | toyota-prius-v_f.jpg | 7924_st0640_037.jpg | VA 1-823-105 |
| 105 | toyota-prius-v.3_l.jpg | 7924_st0640_090.jpg | VA 1-823-105 |
| 106 | toyota-prius-v.1_f.jpg | 7924_st0640_121.jpg | VA 1-823-105 |
| 107 | toyota-prius-v.2_f.jpg | 7924_st0640_123.jpg | VA 1-823-105 |
| 108 | ford-mustang-convertible.4_f.jpg | 7942_st0640_089.jpg | VA 1-811-773 |
| 109 | chevy-volt.6_f.jpg | 8256_st0640_046.jpg | VA 1-832-149 |
| 110 | chevy-volt.4_f.jpg | 8256_st0640_118.jpg | VA 1-832-149 |
| 111 | chevy-volt.5_f.jpg | 8256_st0640_119.jpg | VA 1-832-149 |
| 112 | chevy-volt.1_f.jpg | 8256_st0640_174.jpg | VA 1-832-149 |
| 113 | volkswagen-jetta-tdi.1_f.jpg | 8277_sp0640_001.jpg | VA 1-832-651 |
| 114 | volkswagen-jetta-tdi.2_f.jpg | 8277_st0640_119.jpg | VA 1-832-651 |
| 115 | volkswagen-jetta-tdi.3_f.jpg | 8277_st0640_174.jpg | VA 1-832-651 |
| 116 | tesla-model-s.9_f.jpg | 8319_st0640_089.jpg | VA 1-832-665 |
| 117 | mini-roadster-conv_f.jpg | 8338_st0640_089.jpg | VA 1-831-625 |
| 118 | vw-beetle.4_f.jpg | 8490_st0640_046.jpg | VA 1-853-467 |
| 119 | fiat-500_f.jpg | 8597_st0640_089.jpg | VA 1-854-670 |
| 120 | toyota-prius.3_f.jpg | 8626_st0640_066.jpg | VA 1-854-765 |
| 121 | mercedes-e350.1_f.jpg | 8850_st0640_089.jpg | VA 1-864-860 |
| 122 | ford-fusion_f.jpg | 8966_st0640_089.jpg | VA 1-875-496 |
| 123 | jeep-wrangler.8_m.jpg | 9024_st0640_089.jpg | VA 1-877-847 |
| 124 | audi-a6_f.jpg | 9033_st0640_089.jpg | VA 1-877-848 |
| 125 | audi-a7_f.jpg | 9034_st0640_089.jpg | VA 1-877-902 |
| 126 | chevy-volt_f.jpg | 9068_st0640_089.jpg | VA 1-878-025 |
| 127 | toyota-sienna_f.jpg | 9104_st0640_089.jpg | VA 1-880-398 |
| 128 | toyota-corolla_f.jpg | 9126_st0640_089.jpg | VA 1-880-317 |
| 129 | volkswagen-jetta-tdi.4_f.jpg | 9128_st0640_089.jpg | VA 1-880-406 |
| 130 | mini-convertible-s.1_f.jpg | 9186_st0640_041.jpg | VA 1-879-899 |
| 131 | mini-convertible-s.2_f.jpg | 9186_st0640_049.jpg | VA 1-879-899 |
| 132 | mini-convertible-s_f.jpg | 9186_st0640_089.jpg | VA 1-879-899 |
| 133 | mini-convertible-s.3_f.jpg | 9186_st0640_162.jpg | VA 1-879-899 |
| 134 | mercedez-benz-cla-250_f.png | 9192_st0640_089.jpg | VA 1-879-874 |
| 135 | dodge-viper-srt_f.jpg | 9261_cc0640_032_PR7.jpg | VA 1-880-905 |
| 136 | range-rover-sport_f.jpg | 9282_st0640_089.jpg | VA 1-880-891 |
| 137 | chevy-cargo-van_f.jpg | 9299_st0640_089.jpg | VA 1-880-617 |
| 138 | mini-cooper-countryman_f.jpg | 9324_st0640_089.jpg | VA 1-885-645 |
| 139 | toyota-rav4_f.jpg | 9513_st0640_089.jpg | VA 1-889-498 |
| 140 | mercedes-benz-g36.4_f.jpg | 9515_st0640_089.jpg | VA 1-893-286 |
| 141 | 15-passenger-van_f.jpg | 9523_st0640_089.jpg | VA 1-889-441 |
| 142 | toyota-prius-c.4_f.jpg | 9564_st0640_089.jpg | VA 1-893-325 |
| 143 | chevy-corvette-stingray-convertible_f.jpg | 9593_sp0640_031.jpg | VA 1-894-218 |
| 144 | lexus-ct-200h.3_f.jpg | 9594_st0640_089.jpg | VA 1-894-322 |
| 145 | audi-a3-rental-los-angeles_f.png | 9622_st0640_089.jpg | VA 1-897-942 |
| 146 | chevy-suburban_l.jpg | 9636_st0640_089.jpg | VA 1-903-989 |
| 147 | bmw-i3_f.jpg | 9689_st0640_089.jpg | VA 1-917-095 |
| 148 | mini-cooper.4_f.jpg | 9702_st0640_089.jpg | VA 1-918-024 |
| 149 | audi-a4_f.jpg | 9719_st0640_089.jpg | VA 1-917-066 |

**EXHIBIT D**

Evox Automotive Image Library ("AIL") Creative Photography Process

The objective of this memo is to provide, in list form, significant creative decisions made by Evox in the creation of its Copyrighted Photographic Images.

The AIL creative photography process begins with the selection of the subject matter and ends with the delivery of images on the Evox client FTP website.

**Creative Process 1 Selection of the Subject Matter:** Review available inventory and select the specific vehicle in a Color that lends itself to high quality photographic reproduction. ███████████ ███████████████████████████████████████████

**Creative Process 2 Car Prep:** Evox prepares the subject matter which generally involves 1) Wash the Car, 2) Remove Window Sticker and Factory Plastic Wrap, 3) Remove Dealer License Plate Frame and any Dealer Stickers, 4) install a Dummy License Plate on the Rear, 5) Remove the front License Plate Frame, 6) Remove the Radio Antenna, 7) Confirm that Electronics Work and no Warning Lights are illuminated and resolve any issues.

**Creative Process 3 Pose the Subject:** Evox positions every car on up to █ different Stages within the Evox Photo Studio such as ████████████████████████. To pose a car on the ████████ Stage which has a rotating turntable, Evox uses ███████████ measuring equipment to precisely center the car on the stage to ████████████████████████. Evox █████████████████████████████ ███████████████████████████████████. Evox adjusts the steering angle to present the Wheel a) as if the car were driving straight for Spin Frames and select shots such as ███████████ ████████ and b) as if the car were turning right for select shots such as ██████████████████ ████████

**Creative Process 4 Lighting the Subject:** In Photography the absence of light provides a blank canvas. Each Evox Photo/Video Stage is sealed to prevent external light from reaching the Stage. Evox applies indirect, diffused light onto each car from specific angles to highlight the shape and contours of each car. Evox uses a Cyclorama with curved corners and high ceilings to achieve the desired creative lighting effect. Furthermore, each Car has uniquely curved, reflective surfaces and Evox manages which reflections appear on the car and which reflections don't. For instance Evox purposely ████████████████████████ Evox also strategically places the camera and Photographer so that neither are shown as a reflection on the Car.

**Creative Process 5 Photography:** Evox publishes an average of 59 unique Still Images per car. The Evox Creative Director and Studio Manager determine the selection of Equipment (Camera, Lenses, Light Fixtures), Camera Settings (f-Stop, Exposure Time, Camera Angle & Distance) and Composure (ie framing of the subject) to achieve the desired creative effect across each Still Image. The Images shot for any particular vehicle are determined by the Vehicle Style (ie Sedan, Convertible, SUV, MiniVan) and the Features on the Car (ie. Rear Air Conditioning, Sunroof, Navigation).

**Creative Process 6 Photo QA:** Evox provides independent Photo QA were in each initial image capture is reviewed and approved before the Car progresses to the next Stage. The Photo QA employee is used to ensure that Evox has achieved its desired creative effect for each image before the images are forwarded to Post Production.

**Creative Process 7 Post Production:** Evox then engages ███████████████ to complete the Post Production process wherein the final image is cropped, background elements removed and replaced with ████ backgrounds (█████████████████████), Selected Images are colorized to represent each of the Manufacturers available colors and the Colors and lighting are fine tuned.

**Creative Process 8 Final QA & Publication:** Once images are received back from the Post Production Vendor, Evox deploys a Final QA Check to confirm that the Evox desired creative effect has been achieved. Once passed by QA, Images are then output in a variety of Sizes (from ██████████████ ██) and Formats (█████████) and published to the Evox ███████████ for distribution to Evox clients.