# EXHIBIT B

**PART 1**
**Pages 1-107**

638115.1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-690-913

**Effective date of
registration:**

November 4, 2009

## Title

Title of Work: VIF6377 2010 Mini Cooper 2 Door Convertible

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: October 27, 2009          Nation of 1st Publication: United States

## Author

• Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: November 4, 2009

Page 1 of 1



mini-convertible.2_l.jpg



6377_st0640_116.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-697-493

**Effective date of
registration:**
December 31, 2009

---

## Title

Title of Work: VIF6520 2010 Chevrolet Silverado 1500 LS 4 Door Pickup Crew

## Completion/ Publication

Year of Completion: 2009

Date of 1st Publication: November 25, 2009      Nation of 1st Publication: United States

## Author

■      Author: eVox Productions, LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: December 31, 2009

---

Page 1 of 1



chevy-silverado-4wd.5_f.jpg



6520_st0640_048.jpg



chevy-silverado-4wd_l.jpg



6520_st0640_046.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VA 1-709-078**

Effective date of
registration:
March 29, 2010

---

**Title**
　　　　Title of Work: VIF6718 2011 Toyota Camry Hybrid 4 Door Sedan

**Completion/ Publication**
　　　Year of Completion: 2010
　　　Date of 1st Publication: March 26, 2010　　　Nation of 1st Publication: United States

**Author**
　　　■　　　Author: eVox Productions LLC
　　　Author Created: photograph(s)

　　　Work made for hire: Yes
　　　Domiciled in: United States

**Copyright claimant**
　　　Copyright Claimant: eVox Productions, LLC
　　　　2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

**Rights and Permissions**
　　　Organization Name: eVox Productions, LLC

**Certification**
　　　Name: Kerry Stewart
　　　Date: March 29, 2010

---

Page 1 of 1



toyota-camry-hybrid.1_l.jpg



6718_st0640_116.jpg



toyota-camry-hybrid.2_f.jpg



6718_st0640_121.jpg



toyota-camry-hybrid.3_f.jpg



6718_st0640_059.jpg



toyota-camry-hybrid_f.jpg



6718_st0640_037.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-733-355

**Effective date of
registration:**

August 6, 2010

## Title

Title of Work: VIF6835 2011 Audi A4 2.0T 4 Door Sedan

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 5, 2010       Nation of 1st Publication: United States

## Author

■       Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: August 6, 2010

Correspondence: Yes

Page 1 of 1



audi-a4.1_f.jpg



6835_st0640_037.jpg



audi-a4.2_f.jpg



6835_st0640_048.jpg



audi-a4.3_f.jpg



6835_st0640_059.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-733-201

**Effective date of registration:**

August 11, 2010

### Title
Title of Work: VIF6848 2011 Chevrolet Malibu 1LS 4 Door Sedan

### Completion/Publication
Year of Completion: 2010

Date of 1st Publication: August 10, 2010       Nation of 1st Publication: United States

### Author
■       Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant
Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

### Rights and Permissions
Organization Name: eVox Productions, LLC

### Certification
Name: Kerry Stewart

Date: August 11, 2010



chevy-malibu.1_l.jpg



6848_st0640_116.jpg



chevy-malibu.2_f.jpg



6848_st0640_121.jpg



chevy-malibu.3_f.jpg



6848_st0640_059.jpg



chevy-malibu_f.jpg



6848_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-734-250

**Effective date of
registration:**

August 18, 2010

---

### Title

Title of Work: VIF6R59 2011 Audi A5 2.0T 2 Door coupe

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 17, 2010     Nation of 1st Publication: United States

### Author

■     Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

### Rights and Permissions

Organization Name: eVox Productions, LLC

### Certification

Name: Kerry Stewart

Date: August 18, 2010

---



audi-a5.1_f.jpg



6859_st0640_037.jpg



audi-a5.2_f.jpg



6859_st0640_121.jpg



audi-a5.3_f.jpg



6859_st0640_059.jpg



audi-a5.4_l.jpg



6859_st0640_089.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-734-013

**Effective date of registration:**

August 20, 2010

---

## Title

Title of Work: VLF6865 2011 Mercedes-Benz GLK-Class GLK350 4 Door SUV

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 18, 2010     Nation of 1st Publication: United States

## Author

■     Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name:  Kerry Stewart

Date:  August 20, 2010

---

Page 1 of 1



mercedes-glk350.2_f.jpg



6865_st0640_121.jpg



mercedes-glk350.3_f.jpg



6865_st0640_059.jpg



mercedes-glk350.4_l.jpg



6865_st0640_116.jpg



mercedes-glk350_f.jpg



6865_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-734-253**

**Effective date of
registration:**

August 23, 2010

---

**Title** ————————————————————————————————————

Title of Work: VIF6867 2011 Cadillac Escalade Premium Collection 4 Door SUV

**Completion/Publication** ————————————————————————

Year of Completion: 2010

Date of 1st Publication: August 20, 2010          Nation of 1st Publication: United States

**Author** ———————————————————————————————————

■          Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

**Copyright claimant** ———————————————————————————

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

**Rights and Permissions** ———————————————————————

Organization Name: eVox Productions, LLC

**Certification** ———————————————————————————————

Name: Kerry Stewart

Date: August 23, 2010

---



cadillac-escalade-esv.1_l.jpg



6867_st0640_116.jpg



cadillac-escalade-esv.2_f.jpg



6867_st0640_121.jpg



cadillac-escalade-esv.3_f.jpg



6867_st0640_059.jpg



cadillac-escalade-esv_f.jpg



6867_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-734-361**

Effective date of
registration:

August 24, 2010

---

### Title

Title of Work: VIF6871 2011 Jeep Grand Cherokee Laredo 4 Door SUV

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 20, 2010     Nation of 1st Publication: United States

### Author

■      Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

### Rights and Permissions

Organization Name: eVox Productions, LLC

### Certification

Name: Kerry Stewart

Date: August 24, 2010

---



jeep-cherokee.1_l.jpg



6871_st0640_116.jpg



jeep-cherokee.2_f.jpg



6871_st0640_121.jpg



jeep-cherokee.3_f.jpg



6871_st0640_059.jpg



jeep-cherokee_f.jpg



6871_st0640_037.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VA 1-734-365

Effective date of
registration:

August 24, 2010

---

## Title

Title of Work: VIF6891 2011 Mercedes-Benz M-Class ML350 4 Door SUV

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 20, 2010        Nation of 1st Publication: United States

## Author

■        Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: August 24, 2010

---



mercedes-ml350.1_l.jpg



6891_st0640_116.jpg



mercedes-ml350.2_f.jpg



6891_st0640_121.jpg



mercedes-ml350.3_f.jpg



6891_st0640_059.jpg



mercedes-ml350_f.jpg



6891_st0640_037.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-735-838

**Effective date of
registration:**

August 27, 2010

## Title

Title of Work: VIF6892 2011 Mercedes-Benz E-Class E-350 4 Door

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 24, 2010     Nation of 1st Publication: United States

## Author

Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: August 27, 2010



mercedes-e350.2_f.jpg



6892_st0640_121.jpg



mercedes-e350.3_f.jpg



6892_st0640_174.jpg



mercedes-e350_f.jpg



6892_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-737-610

**Effective date of
registration:**

September 3, 2010

---

### Title

Title of Work: VIF6917 2011 Volvo S80 3.2 4 Door Sedan

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 2, 2010    Nation of 1st Publication: United States

### Author

■    Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

### Rights and Permissions

Organization Name: eVox Productions, LLC

### Certification

Name: Kerry Stewart

Date: September 3, 2010

---



volvo-s80.1_l.jpg



6917_st0640_116.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VA 1-737-811

Effective date of
registration:

September 7, 2010

---

**Title** ─────────────────────────────────────

Title of Work: VIF6940 2011 Mercedes-Benz C-Class C300 4 Door Sedan

**Completion/Publication** ───────────────

Year of Completion: 2010

Date of 1st Publication: September 3, 2010          Nation of 1st Publication: United States

**Author** ─────────────────────────────────

 ▪  Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

**Copyright claimant** ─────────────────────

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

**Rights and Permissions** ─────────────────

Organization Name: eVox Productions, LLC

**Certification** ──────────────────────────

Name: Kerry Stewart

Date: September 7, 2010

---



mercedes-c250.1_l.jpg



6940_st0640_116.jpg



mercedes-c250.2_f.jpg



6940_st0640_121.jpg



mercedes-c250.3_f.jpg



6940_st0640_059.jpg



mercedes-c250_f.jpg



6940_st0640_037.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
## VA 1-740-596

Effective date of
registration:
September 22, 2010

---

## Title

Title of Work: VJF6983 2011 Chevrolet Impala LTZ 4 Door Sedan

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 16, 2010    Nation of 1st Publication: United States

## Author

■  Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: September 22, 2010

---

Page 1 of 1



chevy-impala.1_l.jpg



6983_st0640_090.jpg



chevy-impala.2_f.jpg



6983_st0640_121.jpg



chevy-impala.3_f.jpg



6983_st0640_059.jpg



chevy-impala_f.jpg



6983_st0640_037.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-742-433

**Effective date of registration:**

October 6, 2010

---

## Title

**Title of Work:** VIF7030 2011 Ford Expedition XLT 4 Door SUV

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 28, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** eVox Productions, LLC

    **Author Created:** photograph(s)

    **Work made for hire:** Yes

    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

**Organization Name:** eVox Productions, LLC

**Address:** 2363 E Pacifica Place

Rancho Dominguez, CA 90220

## Certification

**Name:** Kerry Stewart

**Date:** October 6, 2010

---

Page 1 of 1



ford-expedition.1_l.jpg



7030_st0640_116.jpg



ford-expedition.2_f.jpg



7030_st0640_121.jpg



ford-expedition.3_f.jpg



7030_st0640_059.jpg



ford-expedition_f.jpg



7030_st0640_037.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*MaryBeth Peters*

Register of Copyrights, United States of America

Registration Number
## VA 1-743-250

Effective date of
registration:

October 15, 2010

---

## Title

Title of Work: VIF7064 2011 Mini Cooper S 2 Door Hatchback

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: October 6, 2010      Nation of 1st Publication: United States

## Author

●     Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place., Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: October 15, 2010

---



mini-cooper-s.1_l.jpg



7064_st0640_116.jpg



mini-cooper-s.2_f.jpg



7064_st0640_121.jpg



mini-cooper-s.3_f.jpg



7064_st0640_059.jpg



mini-cooper-s_f.jpg



7064_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-744-558**

**Effective date of registration:**

October 19, 2010

---

### Title

**Title of Work:** VIF7079 2011 Lexus RX Hybrid RX450h 4 Door CUV

### Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 8, 2010          **Nation of 1st Publication:** United States

### Author

- **Author:** eVox Productions LLC

  **Author Created:** photograph(s)

  **Work made for hire:** Yes

  **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** eVox Productions LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

### Rights and Permissions

**Organization Name:** eVox Productions, LLC

### Certification

**Name:** Kerry Stewart

**Date:** October 19, 2010

---

Page 1 of 1



lexus-rx450-h.1_m.jpg



7079_st0640_116.jpg



lexus-rx450-h.4_f.jpg



7079_st0640_037.jpg



lexus-rx450-h.6_f.jpg



7079_st0640_121.jpg



lexus-rx450-h.7_f.jpg



7079_st0640_059.jpg

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-744-495

**Effective date of registration:**

October 19, 2010

---

## Title

Title of Work: VIF7082 2011 Infiniti G Sedan G37 Journey 4 Door Sedan

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: October 8, 2010          Nation of 1st Publication: United States

## Author

■          Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90230, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: October 19, 2010

---

Page 1 of 1



infiniti-g37.1_l.jpg



7082_st0640_116.jpg



infiniti-g37.2_f.jpg



7082_st0640_121.jpg



infiniti-g37.3_f.jpg



7082_st0640_059.jpg



infiniti-g37_f.jpg



7082_st0640_037.jpg

...ate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-745-414

**Effective date of
registration:**

October 21, 2010

---

## Title

Title of Work: VIF7120 2011 Chevrolet Tahoe Hybrid 4 Door SUV

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: October 19, 2010     Nation of 1st Publication: United States

## Author

Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: eVox Productions, LLC

2361 E. Pacifica Place., Rancho Dominguez, CA, 90220, United States

## Rights and Permissions

Organization Name: eVox Productions, LLC

## Certification

Name: Kerry Stewart

Date: October 21, 2010



chevy-tahoe-hybrid.1_l.jpg



7120_st0640_116.jpg



chevy-tahoe-hybrid.4_f.jpg



7120_st0640_037.jpg



chevy-tahoe-hybrid.6_f.jpg



7120_st0640_059.jpg



chevy-tahoe-hybrid.7_f.jpg



7120_st0640_173.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
VA 1-747-013

**Effective date of registration:**
November 3, 2010

---

## Title
Title of Work: VJF7136 2011 Volkswagen Jetta S 4 Sedan

## Completion/Publication
Year of Completion: 2010

Date of 1st Publication: October 22, 2010      Nation of 1st Publication: United States

## Author
Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant
Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place,, Rancho Dominguez, CA, 90220, United States

## Rights and Permissions
Organization Name: eVox Productions, LLC

## Certification
Name: Kerry Stewart

Date: November 3, 2010

---



volkswagen-jetta.1_l.jpg



7136_st0640_116.jpg



volkswagen-jetta.2_f.jpg



7136_st0640_121.jpg



volkswagen-jetta.3_f.jpg



7136_st0640_059.jpg



volkswagen-jetta_f.jpg



7136_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-751-241

Effective date of
registration:

December 3, 2010

---

**Title**

Title of Work: VIF7247 2011 Mercedes-Benz S-Class Hybrid S400 4 Door Sedan

**Completion/Publication**

Year of Completion: 2010

Date of 1st Publication: November 30, 2010        Nation of 1st Publication: United States

**Author**

■    Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

**Copyright claimant**

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place., Rancho Dominguez, CA, 90220, United States

**Rights and Permissions**

Organization Name: eVox Productions, LLC

**Certification**

Name: Kerry Stewart

Date: December 3, 2010

---



mercedes-s550.1_l.jpg



7247_st0640_116.jpg



mercedes-s550.2_f.jpg



7247_st0640_121.jpg



mercedes-s550.3_f.jpg



7247_st0640_059.jpg



mercedes-s550_f.jpg



7247_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-753-007

**Effective date of
registration:**
December 15, 2010

**Title**
Title of Work: VIF7259 2011 Toyota Camry Base 4 Door Sedan

**Completion/Publication**
Year of Completion: 2010
Date of 1st Publication: December 9, 2010        Nation of 1st Publication: United States

**Author**
  ■        Author: eVox Productions LLC
    Author Created: photograph(s)

    Work made for hire: Yes
        Domiciled in: United States

**Copyright claimant**
Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place., Rancho Dominguez, CA, 90220, United States

**Rights and Permissions**
Organization Name: eVox Productions, LLC

**Certification**

    Name: Kerry Stewart
    Date: December 15, 2010



toyota-camry.1_f.jpg



7259_st0640_059.jpg



toyota-camry.2_f.jpg



7259_st0640_174.jpg



toyota-camry.3_l.jpg



7259_st0640_116.jpg



toyota-camry_f.jpg



7259_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-753-663

**Effective date of registration:**
December 18, 2010

---

**Title**

Title of Work: VIF7281 2011 Toyota Prius Hybrid III 4 Door Hatchback

**Completion/Publication**

Year of Completion: 2010

Date of 1st Publication: December 14, 2010    Nation of 1st Publication: United States

**Author**

■    Author: eVox Productions LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

**Copyright claimant**

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place., Rancho Dorringuez, CA, 90220, United States

**Rights and Permissions**

Organization Name: eVox Productions, LLC

**Certification**

Name: Kerry Stewart

Date: December 18, 2010

---



toyota-prius.1_l.jpg



7281_st0640_116.jpg



toyota-prius_f.jpg



7281_st0640_037.jpg

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-758-952

**Effective date of registration:**
February 7, 2011

**Title** ───────────────────

Title of Work: VIF7343 2011 Ford Explorer 4 Door SUV

**Completion/Publication** ───────────────────

Year of Completion: 2011

Date of 1st Publication: January 28, 2011      Nation of 1st Publication: United States

**Author** ───────────────────

■    Author: eVox Productions, LLC

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: United States

**Copyright claimant** ───────────────────

Copyright Claimant: eVox Productions, LLC

2363 E. Pacifica Place, Rancho Dominguez, CA, 90220, United States

**Rights and Permissions** ───────────────────

Organization Name: eVox Productions, LLC

**Certification** ───────────────────

Name: Kerry Stewart

Date: February 7, 2011



ford-explorer.1_f.jpg



7343_st0640_121.jpg



ford-explorer.2_f.jpg



7343_st0640_059.jpg