AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION          ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Central District of California |
|---|---|
| DOCKET NO.<br>CV 15-08046 MWF | DATE FILED | 312 N. Spring Street<br>Los Angeles, California 90012 |

| PLAINTIFF<br>EVOX Productions, LLC, a California limited liability company | DEFENDANT<br>California Rent-A-Car, Inc., a California corporation<br>Steve Vahidi, an individual |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Exhibit A | See Exhibit A | See Exhibit A |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment          ☐ Answer          ☐ Cross Bill          ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>✓ Order          ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes          ✓ No | DATE RENDERED<br>4/6/2017 |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE<br>4/6/2017 |
|---|---|---|

3) Upon termination of action,
   mail copy to Register of Copyrights

## EXHIBIT A

| Copyright Registration Number | Title of Work | Author of Work |
| --- | --- | --- |
| VA0001690913 | VIF6377 | EVOX Productions, LLC |
| VA0001697493 | VIF6520 | EVOX Productions, LLC |
| VA0001709078 | VIF6718 | EVOX Productions, LLC |
| VA0001733201 | VIF6848 | EVOX Productions, LLC |
| VA0001733355 | VIF6835 | EVOX Productions, LLC |
| VA0001734013 | VIF6865 | EVOX Productions, LLC |
| VA0001734250 | VIF6859 | EVOX Productions, LLC |
| VA0001734253 | VIF6867 | EVOX Productions, LLC |
| VA0001734361 | VIF6871 | EVOX Productions, LLC |
| VA0001734365 | VIF6891 | EVOX Productions, LLC |
| VA0001735838 | VIF6892 | EVOX Productions, LLC |
| VA0001737610 | VIF6917 | EVOX Productions, LLC |
| VA0001737811 | VIF6940 | EVOX Productions, LLC |
| VA0001740596 | VIF6983 | EVOX Productions, LLC |
| VA0001742433 | VIF7030 | EVOX Productions, LLC |
| VA0001743250 | VIF7064 | EVOX Productions, LLC |
| VA0001744495 | VIF7082 | EVOX Productions, LLC |
| VA0001744558 | VIF7079 | EVOX Productions, LLC |
| VA0001745414 | VIF7120 | EVOX Productions, LLC |
| VA0001747013 | VIF7136 | EVOX Productions, LLC |
| VA0001751241 | VIF7247 | EVOX Productions, LLC |
| VA0001753007 | VIF7259 | EVOX Productions, LLC |
| VA0001753663 | VIF7281 | EVOX Productions, LLC |
| VA0001758952 | VIF7343 | EVOX Productions, LLC |

## EXHIBIT A

| Copyright Registration Number | Title of Work | Author of Work |
|---|---|---|
| VA0001773028 | VIF7423 | EVOX Productions, LLC |
| VA0001786636 | VIF7533 | EVOX Productions, LLC |
| VA0001792592 | VIF7696 | EVOX Productions, LLC |
| VA0001794056 | VIF7554 | EVOX Productions, LLC |
| VA0001811773 | VIF7942 | EVOX Productions, LLC |
| VA0001823105 | VIF7924 | EVOX Productions, LLC |
| VA0001825451 | VIF7551 | EVOX Productions, LLC |
| VA0001831625 | VIF8338 | EVOX Productions, LLC |
| VA0001832149 | VIF8256 | EVOX Productions, LLC |
| VA0001832651 | VIF8277 | EVOX Productions, LLC |
| VA0001832665 | VIF8319 | EVOX Productions, LLC |
| VA0001853467 | VIF8490 | EVOX Productions, LLC |
| VA0001854670 | VIF8597 | EVOX Productions, LLC |
| VA0001854765 | VIF8626 | EVOX Productions, LLC |
| VA0001864860 | VIF8850 | EVOX Productions, LLC |
| VA0001875496 | VIF8966 | EVOX Productions, LLC |
| VA0001877847 | VIF9024 | EVOX Productions, LLC |
| VA0001877848 | VIF9033 | EVOX Productions, LLC |
| VA0001877902 | VIF9034 | EVOX Productions, LLC |
| VA0001878025 | VIF9068 | EVOX Productions, LLC |
| VA0001879874 | VIF9192 | EVOX Productions, LLC |
| VA0001879899 | VIF9186 | EVOX Productions, LLC |
| VA0001880317 | VIF9126 | EVOX Productions, LLC |
| VA0001880398 | VIF9104 | EVOX Productions, LLC |

## EXHIBIT A

| Copyright Registration Number | Title of Work | Author of Work |
|---|---|---|
| VA0001880406 | VIF9128 | EVOX Productions, LLC |
| VA0001880617 | VIF9299 | EVOX Productions, LLC |
| VA0001880891 | VIF9282 | EVOX Productions, LLC |
| VA0001880905 | VIF9261 | EVOX Productions, LLC |
| VA0001885645 | VIF9324 | EVOX Productions, LLC |
| VA0001889441 | VIF9523 | EVOX Productions, LLC |
| VA0001889498 | VIF9513 | EVOX Productions, LLC |
| VA0001893286 | VIF9515 | EVOX Productions, LLC |
| VA0001894218 | VIF9593 | EVOX Productions, LLC |
| VA0001894322 | VIF9594 | EVOX Productions, LLC |
| VA0001897942 | VIF9622 | EVOX Productions, LLC |
| VA0001903989 | VIF9636 | EVOX Productions, LLC |
| VA0001917066 | VIF9717 | EVOX Productions, LLC |
| VA0001917095 | VIF9689 | EVOX Productions, LLC |
| VA0001918024 | VIF9702 | EVOX Productions, LLC |