JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA RENT-A-CAR, INC., a California corporation; and STEVE VAHIDI, an individual,<br><br>Defendants. | Case No. 2:15-cv-08046 MWF (RAOx)<br>Hon. Michael W. Fitzgerald<br>Magistrate: Hon. Rozella A. Oliver<br><br>**ORDER GRANTING REQUEST FOR COURT TO RETAIN JURISDICTION PENDING COMPLETION OF TASKS REQUIRED BY SETTLEMENT OR ALTERNATIVELY, TO DISMISS CASE WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' joint request for court to retain jurisdiction pending |
| 3 | completion of tasks required by settlement or, alternatively, to dismiss case without |
| 4 | prejudice, the Court hereby ORDERS the following: |
| 5 | |
| 6 | Based upon the stipulation of the parties, the action is dismissed without |
| 7 | prejudice. The Court retains jurisdiction to enforce the settlement agreement. |
| 8 | |
| 9 | **IT IS SO ORDERED.** |

Dated: April 6, 2017

*/s/ Michael W. Fitzgerald*

Honorable Michael W. Fitzgerald
United States District Court Judge